# EXHIBIT 1

# STATE OF NEW YORK
_____

                                    9458

# IN SENATE

                              May 30, 2022
                              _____

   Introduced by Sen. THOMAS -- read twice and ordered printed, and when
     printed to be committed to the Committee on Codes

   AN ACT to amend the penal law, in relation to the purchase or taking
     possession of a semiautomatic rifle

   *The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

 1    Section 1. Subdivisions 2, 3, 6, 7, 8, 9 and 14 of section 400.00 of
 2  the penal law, subdivisions 2 and 8 as amended by chapter 189 of the
 3  laws of 2000, paragraph (a) of subdivision 3 and subdivision 9 as
 4  amended by chapter 1 of the laws of 2013, paragraph (b) of subdivision 3
 5  as added by chapter 778 of the laws of 1985, subdivision 6 as amended by
 6  chapter 104 of the laws of 2019, and subdivision 14 as amended by chap-
 7  ter 195 of the laws of 2005, are amended to read as follows:
 8    2. Types of licenses. A license for gunsmith or dealer in firearms
 9  shall be issued to engage in such business. *A license for a semiauto-*
10  *matic rifle, other than an assault weapon or disguised gun, shall be*
11  *issued to purchase or take possession of such a firearm when such trans-*
12  *fer of ownership occurs on or after the effective date of the chapter of*
13  *the laws of two thousand twenty-two that amended this subdivision.* A
14  license for a pistol or revolver, other than an assault weapon or a
15  disguised gun, shall be issued to (a) have and possess in his dwelling
16  by a householder; (b) have and possess in his place of business by a
17  merchant or storekeeper; (c) have and carry concealed while so employed
18  by a messenger employed by a banking institution or express company; (d)
19  have and carry concealed by a justice of the supreme court in the first
20  or second judicial departments, or by a judge of the New York city civil
21  court or the New York city criminal court; (e) have and carry concealed
22  while so employed by a regular employee of an institution of the state,
23  or of any county, city, town or village, under control of a commissioner
24  of correction of the city or any warden, superintendent or head keeper
25  of any state prison, penitentiary, workhouse, county jail or other
26  institution for the detention of persons convicted or accused of crime
27  or held as witnesses in criminal cases, provided that application is
28  made therefor by such commissioner, warden, superintendent or head keep-

         EXPLANATION--Matter in **italics** (underscored) is new; matter in brackets
                          [-] is old law to be omitted.
                                                               LBD16020-02-2

```
 1  er; (f) have and carry concealed, without regard to employment or place
 2  of possession, by any person when proper cause exists for the issuance
 3  thereof; and (g) have, possess, collect and carry antique pistols which
 4  are defined as follows: (i) any single shot, muzzle loading pistol with
 5  a matchlock, flintlock, percussion cap, or similar type of ignition
 6  system manufactured in or before l898, which is not designed for using
 7  rimfire or conventional centerfire fixed ammunition; and (ii) any repli-
 8  ca of any pistol described in clause (i) hereof if such replica--
 9    (1) is not designed or redesigned for using rimfire or conventional
10  centerfire fixed ammunition, or
11    (2) uses rimfire or conventional centerfire fixed ammunition which is
12  no longer manufactured in the United States and which is not readily
13  available in the ordinary channels of commercial trade.
14    3. Applications. (a) Applications shall be made and renewed, in the
15  case of a license to carry or possess a pistol or revolver **or to**
16  **purchase or take possession of a semiautomatic rifle**, to the licensing
17  officer in the city or county, as the case may be, where the applicant
18  resides, is principally employed or has his or her principal place of
19  business as merchant or storekeeper; and, in the case of a license as
20  gunsmith or dealer in firearms, to the licensing officer where such
21  place of business is located. Blank applications shall, except in the
22  city of New York, be approved as to form by the superintendent of state
23  police. An application shall state the full name, date of birth, resi-
24  dence, present occupation of each person or individual signing the same,
25  whether or not he or she is a citizen of the United States, whether or
26  not he or she complies with each requirement for eligibility specified
27  in subdivision one of this section and such other facts as may be
28  required to show the good character, competency and integrity of each
29  person or individual signing the application. An application shall be
30  signed and verified by the applicant. Each individual signing an appli-
31  cation shall submit one photograph of himself or herself and a duplicate
32  for each required copy of the application. Such photographs shall have
33  been taken within thirty days prior to filing the application. In case
34  of a license as gunsmith or dealer in firearms, the photographs submit-
35  ted shall be two inches square, and the application shall also state the
36  previous occupation of each individual signing the same and the location
37  of the place of such business, or of the bureau, agency, subagency,
38  office or branch office for which the license is sought, specifying the
39  name of the city, town or village, indicating the street and number and
40  otherwise giving such apt description as to point out reasonably the
41  location thereof. In such case, if the applicant is a firm, partnership
42  or corporation, its name, date and place of formation, and principal
43  place of business shall be stated. For such firm or partnership, the
44  application shall be signed and verified by each individual composing or
45  intending to compose the same, and for such corporation, by each officer
46  thereof.
47    (b) Application for an exemption under paragraph seven-b of subdivi-
48  sion a of section 265.20 of this chapter. Each applicant desiring to
49  obtain the exemption set forth in paragraph seven-b of subdivision a of
50  section 265.20 of this chapter shall make such request in writing of the
51  licensing officer with whom his application for a license is filed, at
52  the time of filing such application. Such request shall include a signed
53  and verified statement by the person authorized to instruct and super-
54  vise the applicant, that has met with the applicant and that he has
55  determined that, in his judgment, said applicant does not appear to be
56  or poses a threat to be, a danger to himself or to others. He shall
```

```
 1  include  a copy of his certificate as an instructor in small arms, if he
 2  is required to be certified, and state his address and telephone number.
 3  He shall specify the  exact   location   by  name,  address  and  telephone
 4  number  where   such   instruction will take place. Such licensing officer
 5  shall, no later than ten business days after such  filing,  request  the
 6  duly  constituted police authorities of the locality where such applica-
 7  tion is made to investigate and ascertain any previous  criminal  record
 8  of  the  applicant  pursuant  to subdivision four of this section.  Upon
 9  completion of this investigation, the police authority shall report  the
10  results  to the licensing officer without unnecessary delay. The licens-
11  ing officer shall no later than ten business days after the  receipt  of
12  such  investigation,  determine  if  the  applicant  has been previously
13  denied a license, been convicted of a felony, or  been  convicted  of  a
14  serious  offense,  and  either  approve  or disapprove the applicant for
15  exemption purposes based upon such determinations. If the  applicant  is
16  approved  for  the  exemption,  the  licensing  officer shall notify the
17  appropriate duly constituted police authorities and the applicant.  Such
18  exemption  shall terminate if the application for the license is denied,
19  or at any earlier time  based  upon  any  information  obtained  by  the
20  licensing  officer  or  the  appropriate  police authorities which would
21  cause the license to be denied. The  applicant  and  appropriate  police
22  authorities shall be notified of any such terminations.
23    6.  License:  validity.  Any  license  issued pursuant to this section
24  shall be valid notwithstanding the provisions of any local law or  ordi-
25  nance.   No  license shall be transferable to any other person or prem-
26  ises. A license to carry or possess a pistol or revolver, **or to purchase**
27  **or take possession of a semiautomatic rifle,** not otherwise limited as to
28  place or time of possession, shall be effective  throughout  the  state,
29  except  that  the  same  shall  not be valid within the city of New York
30  unless a special permit  granting  validity  is  issued  by  the  police
31  commissioner  of  that  city.  Such license to carry or possess shall be
32  valid within the city of New York in the absence of a permit  issued  by
33  the  police  commissioner  of  that city, provided that (a) the firearms
34  covered by such license have been purchased from a licensed dealer with-
35  in the city of New York and are  being  transported  out  of  said  city
36  forthwith  and  immediately from said dealer by the licensee in a locked
37  container during a continuous and uninterrupted trip; or  provided  that
38  (b)  the  firearms  covered by such license are being transported by the
39  licensee in a locked container and the trip through the city of New York
40  is continuous and uninterrupted;  or  provided  that  (c)  the  firearms
41  covered  by  such  license  are  carried  by armored car security guards
42  transporting money or other valuables, in, to, or  from  motor  vehicles
43  commonly  known  as armored cars, during the course of their employment;
44  or provided that (d) the licensee is a retired police officer as  police
45  officer  is  defined pursuant to subdivision thirty-four of section 1.20
46  of the criminal procedure law or a retired federal law enforcement offi-
47  cer, as defined in section 2.15 of the criminal procedure law,  who  has
48  been  issued  a license by an authorized licensing officer as defined in
49  subdivision ten of section 265.00 of this  chapter;  provided,  further,
50  however,  that if such license was not issued in the city of New York it
51  must be marked "Retired Police Officer" or "Retired Federal Law Enforce-
52  ment Officer", as the case may be, and, in the case of a retired officer
53  the license shall be  deemed  to  permit  only  police  or  federal  law
54  enforcement  regulations weapons; or provided that (e) the licensee is a
55  peace officer described in subdivision four of section 2.10 of the crim-
56  inal procedure law and the license, if issued by other than the city  of
```

```
 1  New York, is marked "New York State Tax Department Peace Officer" and in
 2  such  case  the exemption shall apply only to the firearm issued to such
 3  licensee by the  department  of  taxation  and  finance.  A  license  as
 4  gunsmith  or  dealer  in firearms shall not be valid outside the city or
 5  county, as the case may be, where issued. Notwithstanding any inconsist-
 6  ent provision of state or local law or rule or regulation, the  premises
 7  limitation  set  forth  in  any  license to have and possess a pistol or
 8  revolver in the licensee's dwelling or place  of  business  pursuant  to
 9  paragraph  (a)  or  (b)  of  subdivision  two of this section shall not
10  prevent the transport of such pistol or revolver directly to or from (i)
11  another dwelling or place of business of the licensee where the licensee
12  is authorized to have and possess  such  pistol  or  revolver,  (ii)  an
13  indoor or outdoor shooting range that is authorized by law to operate as
14  such,  (iii)  a  shooting  competition at which the licensee may possess
15  such pistol or revolver consistent with the provisions of subdivision  a
16  of  section 265.20 of this chapter or consistent with the law applicable
17  at the place of such competition, or (iv) any other location  where  the
18  licensee  is  lawfully  authorized  to  have  and possess such pistol or
19  revolver; provided however, that during such  transport  to  or  from  a
20  location  specified  in  clauses (i) through (iv) of this paragraph, the
21  pistol or revolver shall be unloaded and carried in a locked  container,
22  and  the  ammunition  therefor  shall  be  carried  separately; provided
23  further, however, that a license to have and possess a pistol or  revol-
24  ver  in  the  licensee's dwelling or place of business pursuant to para-
25  graph (a) or (b) of subdivision two of this section that is issued by  a
26  licensing  officer other than the police commissioner of the city of New
27  York shall not authorize transport of a pistol or revolver into the city
28  of New York in the absence of written authorization  to  do  so  by  the
29  police  commissioner of that city. The term "locked container" shall not
30  include the glove compartment or console of a vehicle.
31    7. License: form. Any license issued pursuant to this  section  shall,
32  except  in  the  city  of New York, be approved as to form by the super-
33  intendent of state police. A license to carry or  possess  a  pistol  or
34  revolver  **or to purchase or  take possession of a semiautomatic rifle**
35  shall have attached the licensee's photograph, and a coupon which  shall
36  be  removed  and  retained  by  any person disposing of a firearm to the
37  licensee. [~~Such~~] **A** license **to carry or  possess  a  pistol  or  revolver**
38  shall specify the weapon covered by calibre, make, model, manufacturer's
39  name  and  serial number, or if none, by any other distinguishing number
40  or identification mark, and shall indicate whether issued  to  carry  on
41  the person or possess on the premises, and if on the premises shall also
42  specify  the  place  where  the licensee shall possess the same. If such
43  license is issued to an alien, or to a  person  not  a  citizen  of  and
44  usually  a  resident  in the state, the licensing officer shall state in
45  the license the particular reason for the issuance and the names of  the
46  persons  certifying  to the good character of the applicant. Any license
47  as gunsmith or dealer in firearms shall mention and describe  the  prem-
48  ises for which it is issued and shall be valid only for such premises.
49    8. License:  exhibition  and  display. Every licensee while carrying a
50  pistol or revolver shall have on his or her person a  license  to  carry
51  the  same.  Every  person  licensed  to  possess a pistol or revolver on
52  particular premises shall have the license for the same  on  such  prem-
53  ises. **Every person licensed to purchase or take possession of a semiau-
54  tomatic  rifle  shall have the license for the same on his or her person
55  while purchasing or taking possession of such weapon.** Upon  demand,  the
56  license  shall  be exhibited for inspection to any peace officer, who is
```

acting pursuant to his or her special duties, or police officer. A license as gunsmith or dealer in firearms shall be prominently displayed on the licensed premises. A gunsmith or dealer of firearms may conduct business temporarily at a location other than the location specified on the license if such temporary location is the location for a gun show or event sponsored by any national, state, or local organization, or any affiliate of any such organization devoted to the collection, competitive use or other sporting use of firearms. Any sale or transfer at a gun show must also comply with the provisions of article thirty-nine-DD of the general business law. Records of receipt and disposition of firearms transactions conducted at such temporary location shall include the location of the sale or other disposition and shall be entered in the permanent records of the gunsmith or dealer of firearms and retained on the location specified on the license. Nothing in this section shall authorize any licensee to conduct business from any motorized or towed vehicle. A separate fee shall not be required of a licensee with respect to business conducted under this subdivision. Any inspection or examination of inventory or records under this section at such temporary location shall be limited to inventory consisting of, or records related to, firearms held or disposed at such temporary locations. Failure of any licensee to so exhibit or display his or her license, as the case may be, shall be presumptive evidence that he or she is not duly licensed.

9. License: amendment. Elsewhere than in the city of New York, a person licensed to carry or possess a pistol or revolver **or to purchase or take possession of a semiautomatic rifle** may apply at any time to his or her licensing officer for amendment of his or her license to include one or more such weapons or to cancel weapons held under license. If granted, a record of the amendment describing the weapons involved shall be filed by the licensing officer in the executive department, division of state police, Albany. The superintendent of state police may authorize that such amendment be completed and transmitted to the state police in electronic form. Notification of any change of residence shall be made in writing by any licensee within ten days after such change occurs, and a record of such change shall be inscribed by such licensee on the reverse side of his or her license. Elsewhere than in the city of New York, and in the counties of Nassau and Suffolk, such notification shall be made to the executive department, division of state police, Albany, and in the city of New York to the police commissioner of that city, and in the county of Nassau to the police commissioner of that county, and in the county of Suffolk to the licensing officer of that county, who shall, within ten days after such notification shall be received by him or her, give notice in writing of such change to the executive department, division of state police, at Albany.

14. Fees. In the city of New York and the county of Nassau, the annual license fee shall be twenty-five dollars for gunsmiths and fifty dollars for dealers in firearms. In such city, the city council and in the county of Nassau the Board of Supervisors shall fix the fee to be charged for a license to carry or possess a pistol or revolver **or to purchase or take possession of a semiautomatic rifle** and provide for the disposition of such fees. Elsewhere in the state, the licensing officer shall collect and pay into the county treasury the following fees: for each license to carry or possess a pistol or revolver **or to purchase or take possession of a semiautomatic rifle**, not less than three dollars nor more than ten dollars as may be determined by the legislative body of the county; for each amendment thereto, three dollars, and five dollars

```
 1  in the county of Suffolk; and for each license issued to a  gunsmith  or
 2  dealer  in  firearms, ten dollars. The fee for a duplicate license shall
 3  be five dollars. The fee for processing a license transfer between coun-
 4  ties  shall be five dollars. The fee for processing a license or renewal
 5  thereof for a qualified retired police officer as defined under subdivi-
 6  sion thirty-four of section 1.20 of the criminal  procedure  law,  or  a
 7  qualified  retired  sheriff, undersheriff, or deputy sheriff of the city
 8  of New York as defined under subdivision two  of  section  2.10  of  the
 9  criminal  procedure  law, or a qualified retired bridge and tunnel offi-
10  cer, sergeant or lieutenant of the triborough bridge and tunnel authori-
11  ty as defined under subdivision twenty of section 2.10 of  the  criminal
12  procedure  law,  or  a  qualified retired uniformed court officer in the
13  unified court system, or a qualified retired court clerk in the  unified
14  court system in the first and second judicial departments, as defined in
15  paragraphs  a  and  b  of  subdivision twenty-one of section 2.10 of the
16  criminal procedure law or a retired correction  officer  as  defined  in
17  subdivision  twenty-five  of  section 2.10 of the criminal procedure law
18  shall be waived in all counties throughout the state.
19    § 2. Subdivisions 1 and 3 of section 400.01 of the penal law, subdivi-
20  sion 1 as amended by chapter 511 of the laws of 2014 and  subdivision  3
21  as  added  by  chapter  210  of the laws of 1999, are amended to read as
22  follows:
23    1. A license to carry or possess a firearm **or to purchase  or  take**
24  **possession  of  a  semiautomatic rifle** for a retired sworn member of the
25  division of state police shall be granted in the same  manner  and  upon
26  the same terms and conditions as licenses issued under section 400.00 of
27  this  article  provided, however, that applications for such license may
28  be made to, and the licensing officer  may  be,  the  superintendent  of
29  state police.
30    3. The provisions of this section shall only apply to license applica-
31  tions made or renewals which must be made on or after the effective date
32  of  this  section. A license to carry or possess a pistol or revolver **or**
33  **to purchase or take possession of a semiautomatic rifle** issued  pursuant
34  to  the provisions of section 400.00 of this article to a person covered
35  by the provisions of this section shall  be  valid  until  such  license
36  would  have expired pursuant to the provisions of section 400.00 of this
37  article; provided that, on or after the effective date of this  section,
38  an  application or renewal of such license shall be made pursuant to the
39  provisions of this section.
40    § 3. Subdivision 9 of section 265.00 of the penal law, as  amended  by
41  chapter 189 of the laws of 2000, is amended to read as follows:
42    9.  "Dealer  in  firearms" means any person, firm, partnership, corpo-
43  ration or company who engages in the business  of  purchasing,  selling,
44  keeping  for  sale, loaning, leasing, or in any manner disposing of, any
45  assault weapon, large capacity ammunition feeding device,  pistol  [~~or~~]**,**
46  revolver**, or semiautomatic rifle**.
47    §  4.  Subdivision 7 of section 265.10 of the penal law, as amended by
48  chapter 189 of the laws of 2000, is amended to read as follows:
49    7. Any person, other than a wholesale dealer, or gunsmith or dealer in
50  firearms duly licensed pursuant  to  section  400.00  **of this chapter**,
51  lawfully in possession of a firearm **or semiautomatic rifle**, who disposes
52  of  the same without first notifying in writing the licensing officer in
53  the city of New York and counties of Nassau and Suffolk and elsewhere in
54  the state the executive department, division of state police, Albany, is
55  guilty of a class A misdemeanor.
```

```
 1    § 5. The penal law is amended by adding a new section 265.65  to  read
 2  as follows:
 3    § 265.65 Criminal purchase of a semiautomatic rifle.
 4    A  person is guilty of criminal purchase of a semiautomatic rifle when
 5  he or she purchases or takes possession of  a  semiautomatic  rifle  and
 6  does not possess a license to purchase or take possession of a semiauto-
 7  matic  rifle  as  provided  in subdivision two of section 400.00 of this
 8  chapter.
 9   Criminal purchase of a semiautomatic rifle is a class A misdemeanor for
10  the first offense and a class E felony for subsequent offenses.
11    § 6. The penal law is amended by adding a new section 265.66  to  read
12  as follows:
13    § 265.66 Criminal sale of a semiautomatic rifle.
14    A  person  is  guilty  of criminal sale of a semiautomatic rifle when,
15  knowing or having reason to know it is a semiautomatic rifle, he or  she
16  sells,  exchanges, gives or disposes of a semiautomatic rifle to another
17  person and such other person does not possess a license to  purchase  or
18  take  possession of a semiautomatic rifle as provided in subdivision two
19  of section 400.00 of this chapter.
20    Criminal sale of a semiautomatic rifle is a class E felony.
21    § 7. Subdivision 10 of section 400.00 of the penal law is  amended  by
22  adding a new paragraph (c) to read as follows:
23    (c) A license to purchase or take possession of a semiautomatic rifle
24  as defined in subdivision two of this section shall  be  recertified  to
25  the applicable licensing officer every five years following the issuance
26  of  such  license.  Failure to renew such a license shall be a violation
27  punishable by a fine not to exceed two hundred fifty dollars,  and  such
28  failure  to  renew  shall  be  considered  by the licensing officer when
29  reviewing future license applications by the license holder pursuant  to
30  this chapter.
31    §  8.  This  act shall take effect on the ninetieth day after it shall
32  have become a law and shall apply only  to  purchases  or  transfers  of
33  ownership made on or after such effective date.
```