AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MICHAEL MCGREGOR, ZACHARY GIAMBALVO, PAUL FELICE, MATTHEW OLIVIERI, EDWARD NEWMAN, and DARK STORM INDUSTRIES, LLC, <br><br> *Plaintiff(s)* <br><br> v. <br><br> SUFFOLK COUNTY, New York, Police Commissioner RODNEY HARRISON, in his Official Capacity, and Acting Superintendent STEVEN NIGRELLI, in his Official Capacity, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  23 Civ. 1130 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Suffolk County, New York, c/o Steve Bellone, 100 Veterans Memorial Hwy Hauppauge, NY 11788;
Rodney Harrison, c/o Suffolk County Police Dept., 30 Yaphank Ave., Yaphank, NY 11980;
Steven Nigrelli, New York State Police Hdqt., 1220 Washington Ave., Bldg. 22, Albany, New York 12236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   The Bellantoni Law Firm, PLLC
   2 Overhill Road, Suite 400
   Scarsdale, New York 10583
   info@bellantoni-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: