UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MICHAEL MCGREGOR, ZACHARY GIAMBALVO,
PAUL FELICE, MATTHEW OLIVIERI, EDWARD
NEWMAN, and DARK STORM INDUSTRIES, LLC,

                    Plaintiffs,           23 Civ. 1130 (GRB) (ARL)

   -against-

                                                  **[PROPOSED] ORDER**
SUFFOLK COUNTY, New York,                        **TO SHOW CAUSE FOR A**
Police Commissioner RODNEY HARRISON,           **PRELIMINARY INJUNCTION**
in his Official Capacity, and Acting Superintendent
STEVEN NIGRELLI, in his Official Capacity,

                    Defendants.
-------------------------------------------------------------------------x

Upon the accompanying Memorandum of Law in Support of its proposed Order to Show Cause for a Preliminary Injunction dated February 17, 2023, the Declaration of Amy L. Bellantoni sworn to on the 17th day of February, 2023 with annexed exhibits; the Declaration of Zachary Giambalvo sworn to on the 10th day of February, 2023; the Declaration of Michael McGregor sworn to on the 17th day of February, 2023 with annexed exhibits; the Declaration of Paul Felice sworn to on the 14th day of February, 2023; the Declaration of Matthew Olivieri sworn to on the 13th day of February, 2023; the Declaration of Edward Newman sworn to on the 11th day of February, 2023 and upon all the pleadings and other papers filed in this action; and the Court, having reviewed the Memorandum of Law, supporting Declarations, and exhibits submitted herewith, and having found sufficient reason being alleged and good cause appearing therefore, it is hereby

ORDERED that Defendants Suffolk County Police Commissioner Rodney Harrison, and Acting Superintendent of the New York State Police Steven Nigrelli, all successors, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with them who receive actual notice thereof are enjoined from enforcing the provisions of New York State Senate Bill 9458; and it is further

ORDERED that the aforementioned shall be so enjoined until such time as the Court resolves Plaintiffs' application for permanent relief in this case; and it is further

ORDERED that sufficient cause having been shown, service of this Order and all of the papers submitted in support thereof shall be made on Defendants' counsel deemed effective if it is completed by electronic mail on or before the ____ day of _____, 2023; and it is further

ORDERED that Defendants' answering papers on the motion for a preliminary injunction, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiffs via ECF, by no later than _____, 2023, and that any reply papers submitted by Plaintiffs shall be filed and served by ECF by _____, 2023.

**IT IS SO ORDERED**

Dated: _____, 2023                                      _____

Central Islip, New York                                                    United States District Judge