UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL MCGREGOR, ZACHARY GIAMBALVO,
PAUL FELICE, MATTHEW OLIVIERI, EDWARD
NEWMAN, and DARK STORM INDUSTRIES, LLC,

           **LIMITED NOTICE**
           **OF APPEARANCE**

           Plaintiffs,

           Case No.: 2:23-cv-01130

         - against -

           (Brown, J.)(Lindsay, M.J.)

SUFFOLK COUNTY, New York,
Police Commissioner RODNEY HARRISON,
in his Official Capacity, and Acting Superintendent
STEVEN NIGRELLI, in his Official Capacity,

           Defendants.
------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that Defendant STEVEN NIGRELLI, in his Official Capacity as Acting Superintendent of the New York State Police, hereby makes a limited appearance in the above-captioned action, subject, but not limited to, his defenses of lack of personal jurisdiction and defective service of process, by and through his attorney, LETITIA JAMES, Attorney General of the State of New York, ROBERT E. MORELLI, Assistant Attorney General, of counsel, and requests that all communications and filings be served upon him at the address listed below.

Dated:  Hauppauge, New York         LETITIA JAMES
       February 20, 2023             Attorney General of the State of New York
                                            Attorney for the Superintendent

                                  By:   */s/ Robert E. Morelli*
                                            ROBERT E. MORELLI, Esq.
                                            Assistant Attorney General
                                            300 Motor Parkway, Suite 230
                                            Hauppauge, New York 11788
                                            Robert.Morelli@ag.ny.gov
                                            (631) 231-2424

CC: Counsel of Record via ECF