UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

MICHAEL MCGREGOR, ZACHARY GIAMBALVO,
PAUL FELICE, MATTHEW OLIVIERI, EDWARD
NEWMAN, and DARK STORM INDUSTRIES, LLC,

                    Plaintiffs,

- against -

SUFFOLK COUNTY, New York,
Police Commissioner RODNEY HARRISON,
in his Official Capacity, and Acting Superintendent
STEVEN NIGRELLI, in his Official Capacity,

                    Defendants.
----------------------------------------------------------------------X

**LIMITED NOTICE OF APPEARANCE**

Case No.: 2:23-cv-01130

(Brown, J.)(Lindsay, M.J.)

      **PLEASE TAKE NOTICE,** that Defendant STEVEN NIGRELLI, in his Official Capacity as Acting Superintendent of the New York State Police, hereby makes a limited appearance in the above-captioned action, subject, but not limited to, his defenses of lack of personal jurisdiction and defective service of process, by and through his attorney, LETITIA JAMES, Attorney General of the State of New York, PATRICIA M. HINGERTON, Assistant Attorney General, of counsel, and requests that all communications and filings be served upon her at the address listed below.

Dated:  Hauppauge, New York
        February 20, 2023

LETITIA JAMES
Attorney General of the State of New York
Attorney for the Superintendent

By:   */s/ Patricia M. Hingerton*
       PATRICIA M. HINGERTON, Esq.
       Assistant Attorney General
       300 Motor Parkway, Suite 230
       Hauppauge, New York 11788
       Patricia.Hingerton@ag.ny.gov
       (631) 231-2424

CC: Counsel of Record via ECF