UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL MCGREGOR, ZACHARY GIABALVO,
PAUL FELICE, MATTHEW OLIVERI, EDWARD
NEWMAN, DARK STORM INDUSTRIES, LLC,

                  Plaintiff,

        -against-

SUFFOLK COUNTY, NEW YORK, POLICE
COMMISSIONER RODNEY HARRISON,
ACTING SUPERINTENDENT STEVEN
NIGRELLI,

                Defendants.
----------------------------------------------------------------X

**ORDER**
CV 23-1130 (GRB) (ARL)

**LINDSAY, Magistrate Judge:**

Completion and filing of the attached form is the first step in the scheduling process and is mandatory. This Rule 26(f) Report shall be submitted to the Court by April 11, 2023.

Dated: Central Islip, New York
         March 7, 2023

SO ORDERED:

_____s/_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge