**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN District of New York

Index Number: 23 CIV. 1130(GRB) (ARL)

Date Filed: _____

Plaintiff:
MICHAEL MCGREGOR, ET AL.,

vs.

Defendants:
SUFFOLK COUNTY, ET AL.,

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **SUFFOLK COUNTY, NEW YORK C/O STEVE BELLONE C/O SUFFOLK COUNTY ATTORNEY, 100 VETERANS MEMORIAL HIGHWAY, H.LEE DENNISON BUILDING, HAUPPAUGE, NY 11788**.

I, CARMELO FACCIOLI, being duly sworn, depose and say that on the **15th day of February, 2023** at **10:50 am**, I:

Served the above entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBIT AND CIVIL COVER SHEET** to: **LAURA COLON** as **PRNCIPLE OFFICE ASSISTANT** at the address of: **100 VETERANS MEMORIAL HIGHWAY, H.LEE DENNISON BUILDING, HAUPPAUGE, NY 11788**, who stated they are authorized to accept service for **SUFFOLK COUNTY, NEW YORK C/O STEVE BELLONE**

**Description** of Person Served: Age: 53, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 145, Hair: BROWN, Glasses: Y

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 21st day of February, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SETH KORIN
Notary Public, State of New York
No. 01KO6183000, Suffolk County
Commission Expires March 10, 2024

_____
CARMELO FACCIOLI
Process Server

States Process Serving
13 Taylor Avenue
Cortlandt Manor, NY 10567
(914) 243-5817

Our Job Serial Number: GOT-2023000690
Ref: 2006145