## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 23 CIV. 1130(GRB)
(ARL)

Date Filed: _____

Plaintiff:
**MICHAEL MCGREGOR, ET AL.,**

vs.

Defendants:
**SUFFOLK COUNTY, ET AL.,**

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **RODNEY HARRISON, in his Offical Capacity and Acting Superintendent c/o Suffolk County Police Department, 30 YAPHANK AVENUE, YAPHANK, NY 11980.**

I, Seth Korin, being duly sworn, depose and say that on the **16th day of February, 2023** at **1:23 pm, I:**

Served the above entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBIT AND CIVIL COVER SHEET** to: **PATRICIA LAMB** as **SENIOR POLICE OPERATOR** at the address of: **30 YAPHANK AVENUE, YAPHANK, NY 11980**, who stated they are authorized to accept service for **RODNEY HARRISON,**

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 135, Hair: BROWN, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 17th day of
February, 2023 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

**ANDREA MOLODY**
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 2026

_____
Seth Korin
PROCESS SERVER

**States Process Serving**
**13 Taylor Avenue**
**Cortlandt Manor, NY 10567**
**(914) 243-5817**

Our Job Serial Number: GOT-2023000691
Ref: 2006146

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

## AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Index #: ___23 Civ. 1130(GRB)(ARL)___
Date Filed: ___February 13, 2023___
Court Date: _____

ATTORNEY(S) BELLANTONI LAW FIRM, PLLC PH: (914) 367-0090
2 OVERHILL ROAD, SUITE 400 SCARSDALE, NY 10583

File No.: _____

MICHAEL MCGREGOR, et al.

*vs.*                                                                         *Plaintiff(s)/Petitioner(s)*

SUFFOLK COUNTY, et al.

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF SUFFOLK SS.:

_____Edward Siller, Jr._____, being duly sworn deposes and says:   Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On _____February 21, 2023_____ , deponent completed service by placing a copy of the

Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Exhibit and Civil Cover Sheet.

in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" which was deposited in an official depository under the exclusive care and custody of the United States Post Office in the State of New York,

addressed to _____ Rodney Harrison _____

at _____ c/o Suffolk County Police Dept, 30 Yaphank Ave, Yaphank, NY 11980 _____

This mail was sent by Certified Mail, Return Receipt Requested _____

Sworn to before me on February 21, 2023

_____

Anne C. Siller
Notary Public, State of New York
No. 01SI6412658
Qualified in Westchester County
Commission Expires January 4,2025

**Client's File No.:**

Process Server, Please Sign
Edward Siller, Jr.
Lic#
Job #: 2006194

*STATES PROCESS SERVING COMPANY, 13 TAYLOR AVENUE, CORTLANDT MANOR, NY 10567*