# AFFIDAVIT OF SERVICE

Index #: 2:23-cv-01130-GRB-ARL
Date Filed: February 13, 2023
Court Date: _____
Assigned Justice: _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

File No.: _____

*Michael McGregor, et al.*

vs.

*Suffolk County, et al.*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF New York, COUNTY OF ALBANY  SS.:

__James Perone__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On __Wednesday, February 15, 2023__ at __12:40 PM__. at __1220 Washington Avenue, Building 22, Albany, NY 12236__ deponent served the within **Summons in a Civil Action and Complaint for Declaratory and Injunctive Relief with Supporting Papers and Civil Cover Sheet**

on: __Steven Nigrelli c/o New York State Police Headquarters__

__Defendant__ therein named.

**CORPORATION #1** ☒ By delivering to and leaving with __Lynne Rundle, authorized to accept__ and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**DESCRIPTION #2** ☒ (use with #1, 2 or 3)
Sex: Female   Color of skin: White   Color of hair: Black   Age: 50 - 65 Yrs.   Height: 5' 4" - 5' 8"
Weight: 131 - 160 Lbs.   Other Features: ___

**#3 WIT. FEES** ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

Sworn to before me on this 15th day of February 2023

HMg
Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2024



James Perone

Job # S1888688

## **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
EASTERN District of New York

Index Number: 23 CIV. 1130(GRB) (ARL)

Date Filed: _____

Plaintiff:
**MICHAEL MCGREGOR, ET AL.,**

vs.

Defendants:
**SUFFOLK COUNTY, ET AL.,**

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **RODNEY HARRISON, in his Offical Capacity and Acting Superintendent c/o Suffolk County Police Department, 30 YAPHANK AVENUE, YAPHANK, NY 11980**.

I, Seth Korin, being duly sworn, depose and say that on the **16th day of February, 2023** at **1:23 pm**, I:

Served the above entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBIT AND CIVIL COVER SHEET** to: **PATRICIA LAMB** as **SENIOR POLICE OPERATOR** at the address of: **30 YAPHANK AVENUE, YAPHANK, NY 11980**, who stated they are authorized to accept service for **RODNEY HARRISON,**

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 135, Hair: BROWN, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 17th day of February, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 2026

Seth Korin
PROCESS SERVER

States Process Serving
13 Taylor Avenue
Cortlandt Manor, NY 10567
(914) 243-5817

Our Job Serial Number: GOT-2023000691
Ref: 2006146

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

## AFFIDAVIT OF MAILING

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Index #: 23 Civ. 1130(GRB)(ARL)
Date Filed: February 13, 2023
Court Date:

ATTORNEY(S) BELLANTONI LAW FIRM, PLLC PH: (914) 367-0090
2 OVERHILL ROAD, SUITE 400 SCARSDALE, NY 10583

File No.:

MICHAEL MCGREGOR, et al.

vs.

*Plaintiff(s)/Petitioner(s)*

SUFFOLK COUNTY, et al.

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF SUFFOLK SS.:

Edward Siller, Jr., being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On February 21, 2023, deponent completed service by placing a copy of the Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Exhibit and Civil Cover Sheet.

in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" which was deposited in an official depository under the exclusive care and custody of the United States Post Office in the State of New York,

addressed to Rodney Harrison

at c/o Suffolk County Police Dept, 30 Yaphank Ave, Yaphank, NY 11980

This mail was sent by Certified Mail, Return Receipt Requested

Sworn to before me on February 21, 2023

Anne C. Siller
Notary Public, State of New York
No. 01SI6412658
Qualified in Westchester County
Commission Expires January 4, 2025

Client's File No.:

Process Server, Please Sign
Edward Siller, Jr.
Lic#
Job #: 2006194

STATES PROCESS SERVING COMPANY, 13 TAYLOR AVENUE, CORTLANDT MANOR, NY 10567

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 23 CIV. 1130(GRB) (ARL)

Date Filed: _____

Plaintiff:
**MICHAEL MCGREGOR, ET AL.,**

vs.

Defendants:
**SUFFOLK COUNTY, ET AL.,**

For:
THE BELLANTINI LAW FIRM, PLLC
2 Overhill Road
Suite 400
Scarsdale, NY 10583

Received by States Process Serving to be served on **SUFFOLK COUNTY, NEW YORK C/O STEVE BELLONE C/O SUFFOLK COUNTY ATTORNEY, 100 VETERANS MEMORIAL HIGHWAY, H.LEE DENNISON BUILDING, HAUPPAUGE, NY 11788**.

I, CARMELO FACCIOLI, being duly sworn, depose and say that on the **15th day of February, 2023** at **10:50 am**, I:

Served the above entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, EXHIBIT AND CIVIL COVER SHEET** to: **LAURA COLON** as **PRNCIPLE OFFICE ASSISTANT** at the address of: **100 VETERANS MEMORIAL HIGHWAY, H.LEE DENNISON BUILDING, HAUPPAUGE, NY 11788**, who stated they are authorized to accept service for **SUFFOLK COUNTY, NEW YORK C/O STEVE BELLONE**

**Description** of Person Served: Age: 53, Sex: F, Race/Skin Color: WHITE, Height: 5'3", Weight: 145, Hair: BROWN, Glasses: Y

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

County of Suffolk State of New York:
Subscribed and Sworn to before me on the 21st day of February, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

SETH KORIN
Notary Public, State of New York
No. 01KO6183000, Suffolk County
Commission Expires March 10, 2024

CARMELO FACCIOLI
Process Server

**States Process Serving**
**13 Taylor Avenue**
**Cortlandt Manor, NY 10567**
**(914) 243-5817**

Our Job Serial Number: GOT-2023000690
Ref: 2006145

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MICHAEL MCGREGOR, ZACHARY GIAMBALVO, )
PAUL FELICE, MATTHEW OLIVIERI, EDWARD )
NEWMAN, and DARK STORM INDUSTRIES, LLC, )
)
*Plaintiff(s)* )
v. ) Civil Action No. 23 Civ. 1130(GRB)(ARL)
SUFFOLK COUNTY, New York, Police Commissioner )
RODNEY HARRISON, in his Official Capacity, and Acting )
Superintendent STEVEN NIGRELLI, )
in his Official Capacity, )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Suffolk County, New York, c/o Steve Bellone, 100 Veterans Memorial Hwy Hauppauge, NY 11788;
Rodney Harrison, c/o Suffolk County Police Dept., 30 Yaphank Ave., Yaphank, NY 11980;
Steven Nigrelli, New York State Police Hdqt., 1220 Washington Ave., Bldg. 22, Albany, New York 12236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Bellantoni Law Firm, PLLC
2 Overhill Road, Suite 400
Scarsdale, New York 10583
info@bellantoni-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT



Date: 2/13/2023

*Laura Jakubowski*
Signature of Clerk or Deputy Clerk