STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

Hon. Gary R. Brown
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

March 21, 2023

Re: **McGregor, et al. v. Suffolk County, et al.**
Docket No.: 2:23-cv-01130 (Brown, J.) (Lindsay, M.J.)

Dear Judge Brown:

This Office represents Steven Nigrelli, the Acting Superintendent of the N.Y. State Police (the "Superintendent"), in the above-captioned action and writes to request a two-week adjournment of the Superintendent's submission of his opposition to Plaintiffs' motion for a preliminary injunction (i.e., from April 7 to April 21). This short adjournment is sought because this Office anticipates including in opposition a report and/or information from an expert, which will be relevant to the likelihood of success on the merits of Plaintiffs' constitutional challenge. The County Defendants consent to this adjournment. Although this Office emailed Plainitffs' counsel on March 17, 2023 seeking consent, and sent a follow-up email early yesterday morning, this Office has not yet heard back from Plaintiffs' counsel regarding her position on this request.

The Superintendent also seeks a 10-page extension of Your Honor's 20-page limit to opposition memoranda. Plaintiffs raise a significant constitutional challenge to the licensing requirement for semi-automatic rifles and seek to enjoin enforcement thereof, and the Superintendent requests the opportunity to more fully brief the issues for the Court so that a decision can be rendered on a more fulsome record.

Thank you for your consideration of this application.

Respectfully,

Patricia Hingerton & Robert E. Morelli

Assistant Attorneys General

cc:   Counsel for all Parties via ECF