# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

March 31, 2023

Hon. Gary R. Brown, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *McGregor v. County of Suffolk*
    CV23-1130 (GRB) (ARL)

Dear Judge Brown:

The Suffolk County Attorney's Office represents the County of Suffolk (sued herein as Suffolk County, New York and Police Commissioner Rodney Harrison in his official capacity), defendant in this civil rights action pursuant to 42 U.S.C. § 1983.

The County respectfully request that it's time to respond to plaintiffs' Order to Show Cause for injunctive relief be extended to April 21, 2023, the date on which co-defendant Negrelli's opposition is now due pursuant to the Court's Order of March 29, 2023. Counsel for plaintiff and co-defendant Negrelli consent to the requested extension.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney