

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

Hon. Gary R. Brown  
United States District Court for the Eastern District of New York  
100 Federal Plaza  
Central Islip, N.Y. 11722

April 21, 2023

Re: **McGregor, et al. v. Suffolk County, et al.**
Docket No.: 2:23-cv-01130 (Brown, J.) (Lindsay, M.J.)

Dear Judge Brown:

This Office represents Steven Nigrelli, the Acting Superintendent of the N.Y. State Police (the "Superintendent"), in the above-captioned action. In accordance with this Court's Orders dated March 9 and March 29, 2023, the parties have conferred and agreed to hold the briefing and filing of the Superintendent's proposed motion to dismiss in abeyance until this Court renders its decision on Plaintiffs' pending motion for a preliminary injunction. After a decision has been rendered, the parties will meet and confer and file, within seven days of the decision, a proposed briefing schedule for the motion to dismiss.

Thank you for your consideration of this application.

Respectfully,

*Patricia M. Hingerton*

Assistant Attorney General

cc: Counsel for all Parties via ECF