

# BELLANTONI
LAW FIRM

April 21, 2023

**VIA ECF**
Hon. Gary R. Brown
U.S. District Court, EDNY
100 Federal Plaza
Central Islip, New York 11722

    Re:    *McGregor v. Suffolk County, et al.*, 23 Civ. 1130 (GRB)(ARL)

Dear Judge Brown,

    I represent the plaintiffs in the above-referenced matter.

    As the Court is aware, Plaintiffs filed an application for a preliminary injunction on February 17, 2023; the responses to which were extended for the State and County defendants to April 21, 2023 and the State's request to file excess pages in its memorandum of law was granted as well.

    As no date for Plaintiffs' reply was set, and in light of the State's retention of what appears to be an historical expert, Plaintiffs are requesting until May 15, 2023 to file their replies as well as leave to file an additional 10 pages in their memoranda of law.

    Counsel for the State consents to this request. I believe that counsel for Suffolk County, Arlene Zwilling, is away from the office and on vacation this week.

    Thank you for the Court's consideration in this matter.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni