

**COUNTY OF SUFFOLK**

STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN  
ACTING COUNTY ATTORNEY

DEPARTMENT OF LAW

May 12, 2023

Hon. Gary R. Brown, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *McGregor v. County of Suffolk*
    CV23-1130 (GRB) (ARL)

Dear Judge Brown:

The Suffolk County Attorney's Office represents the County of Suffolk (sued herein as Suffolk County, New York and Police Commissioner Rodney Harrison in his official capacity), defendant in this civil rights action pursuant to 42 U.S.C. § 1983.

The County intends to oppose the Second Amendment Foundation's application for leave to file an amicus brief in this case.

Respectfully submitted,

Dennis M. Brown
Acting Suffolk County Attorney
*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

LOCATION  
H. LEE DENNISON BLDG.  
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS  
P.O. BOX 6100  
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049  
TELECOPIER (631) 853-5169