# EXHIBIT   2

| | |
|---|---|
| **From:** | Zwilling, Arlene |
| **To:** | Amy L. Bellantoni |
| **Subject:** | Re: LaMarco v. Suffolk County |
| **Date:** | Thursday, May 11, 2023 12:27:37 PM |
| **Attachments:** | image001.png<br>PDCS-4016.pdf<br>PDCS-4000p_PISTOL_LICENSE_HANDBOOK_VERSION_P.pdf |

I am attaching copies of the updated handbook and application instructions.

[redacted]

*Arlene S. Zwilling*

Assistant County Attorney

Suffolk County Attorney's Office

H. Lee Dennison Bldg.

Hauppauge, New York 11788

(631)853-4055

Arlene.Zwilling@suffolkcountyny.gov


PRIVILEGED & CONFIDENTIAL

ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT

INTER-OFFICE/INTRA-AGENCY COMMUNICATION

NOT SUBJECT TO FOIL DISCLOSURE

NOT FOR DISTRIBUTION

 

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
**PISTOL LICENSING BUREAU**
**30 YAPHANK AVENUE YAPHANK NEW YORK 11980**
PHONE: 631-852-6311  FAX: 631-852-6670  SUFFOLK COUNTY WEBSITE: www.suffolkcountyny.gov
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM
PDCS-4016

## AN OVERVIEW OF THE PISTOL LICENSING PROCESS IN SUFFOLK COUNTY

The following is a guide to the procedure to apply for a New York State Pistol License issued by the Suffolk County Police Department. The Suffolk County Police Department's Pistol Licensing Bureau is located in the John L. Barry Police Headquarters building at **30 Yaphank Ave., Yaphank, NY, 11980**. A comprehensive handbook detailing the rules, regulations, laws, and procedures governing Suffolk County Pistol License holders, as well as answers to many frequently asked questions can be found here:

http://apps.suffolkcountyny.gov/police/forms/PDCS-4000.pdf

Additionally, many of the required forms can be found by clicking on the following link to the Suffolk County Police Department's website:

http://apps.suffolkcountyny.gov/police/onlineforms.htm

New York State currently has 59 pistol licensing jurisdictions. Suffolk County is unique because it is the only county in the state that has two (2) separate licensing jurisdictions. The Suffolk County Police Commissioner is the Licensing Officer of the five (5) western towns; Babylon, Islip, Huntington, Smithtown and Brookhaven. The County Sheriff is the Licensing Officer for the remaining towns on the east end of Suffolk County. **If you are a resident of one (1) of the above referenced five (5) western towns of Suffolk County, please consult this guide if you are interested in applying for a pistol license.** For those Suffolk County residents residing in the Towns of **Southold**, **Shelter Island**, **Southampton**, **East Hampton**, or **Riverhead,** please direct all pistol license inquiries to the following address:

Suffolk County Sheriff's Office
Pistol Permits
100 Center Drive Riverhead, New York 11901
Phone 631-852-2233

Website: **http://www.suffolkcountyny.gov/sheriff/Home.aspx**

The Suffolk County Police Department's pistol licensing application process may be concisely summarized as follows:

- Applicants are urged to carefully read the provided list of automatic disqualifications and determine if any are applicable.  If any are, the applicant need take no further action as they are ineligible to obtain a pistol license.
- The applicant must decide what type of license she/he desires.  Descriptions of each license type are provided in this guide as well as in the Pistol License Information Handbook. Please note that applicants may apply for multiple types of licenses simultaneously, i.e. Sportsman, Business, etc.
- The Applicant Questionnaire must be completed in a thorough and legible manner.  It is delivered in person or by U.S. mail to the Pistol Licensing Bureau in accordance with the instructions detailed herein.  A check or money order in the amount of $10.00 payable to "S.C.P.D." must accompany the completed Applicant Questionnaire.
- Character references must be provided as detailed in this guide.
- The applicant's photographs and fingerprints are taken as detailed herein.
- The applicant must provide proof of residence as detailed herein.
- The applicant must provide proof of employer as detailed herein.
- The applicant must provide proof of identity as detailed herein.
- The Pistol Licensing Bureau schedules an interview with the applicant.  The applicant must present a **<u>money order</u>** in the amount of $88.25 payable to "S.C.P.D." to the Pistol Licensing Bureau at the time of this interview.
- The Pistol Licensing Bureau conducts an investigation in order to determine the applicant's suitability to possess a pistol license.

1

A more detailed explanation of the pistol license application process follows.

## AUTOMATIC PISTOL LICENSE DISQUALIFIERS PURSUANT TO NEW YORK STATE LAW

License applications will automatically be disapproved for the following reasons:

1. Failing to indicate on the application that the applicant has been confined to any hospital or institution, public or private for mental illness.

2. Being convicted anywhere of a felony or serious offense.

**SERIOUS OFFENSES, AS DEFINED BY §265.00 (17) OF THE NYS PENAL LAW, ARE AS FOLLOWS:**

### PRESENT PENAL LAW

| | |
|---|---|
| 120.45 | Stalking in the fourth degree |
| 120.50 | Stalking in the third degree |
| 125.60 | Issuing abortional articles. |
| 130.00 | Offenses defined in Art. 130. (Sec Offenses), sections 130.20 Sexual Misconduct; Rape, all degrees; Consensual Sodomy; Sodomy, all degrees; Sexual Abuse, all degrees; Aggravated Sexual Abuse, all degrees; Course of Sexual Conduct Against a Child, all degrees. |
| 140.45 | Possession of Burglar's Tools. |
| 165.25 | Jostling |
| 165.30 | Fraudulent Accosting |
| 165.40 | Criminal Possession of Stolen Property 3rd. |
| 220.00 | Criminal Possession of a Controlled Substance, all degrees; Criminal Sale of a Controlled Substance, all degrees, Criminal Sale of a Controlled Substance in or Near School Grounds, Criminal Possession Hypodermic Instrument; Criminal Injection of a Narcotic Drug; Criminally Using Drug Paraphernalia, all degrees; Criminal Possession of Precursors of Controlled Substances; Criminal Sale of a Prescription for a Controlled Substance. |
| 230.40 | Promoting Prostitution 3rd; |
| 235.00 | Obscenity, and related offenses defined in section 235, sections 235.05 Obscenity 3rd; 235.06 2nd; 235.07 1st; 235.10 Obscenity; presumptions; 235.15 Obscenity or disseminating indecent material to minors 2nd; 235.21 Disseminating indecent material to minors 2nd; 235.22 1st; |
| 240.35.3 | Loitering - public place for engaging, or soliciting to engage with another, in deviate sexual intercourse or other sexual behavior of a deviate nature. |
| 260.10 | Endangering the Welfare of a Child. |
| 265.01 | Criminal Possession of a Weapon 4th; - Possesses any firearm, electronic dart gun, gravity knife, switchblade knife, pilum ballistic knife, cane sword, billy, blackjack, bludgeon, metal knuckles, chuka stick, sand bag, sandclub, wrist-brace type slingshot or slungshot, shirken or "Kung Fu star. 265.01 sub.2 Criminal Possession of a weapon 4th; - Possession with intent to use against another, dagger, dangerous knife, dirk, razor, stiletto, imitation pistol. 400.00.11 |

For the purposes of section 400.00, the term Serious Offense shall include a willful failure to obey a lawful Order of Protection issued under article eight of the Family Court Act or section 530.12 of the Criminal Procedure Law, where such willful failure involves the infliction of serious physical injury, or the use or threatened use of a deadly weapon or dangerous instrument.

### OLD PENAL LAW - PRIOR TO SEPTEMBER 1, 1967

| | |
|---|---|
| 33 | Public Health Law relating to narcotic drugs which was defined as a misdemeanor by section 1751a. |
| 33A | Public Health Law relating to depressant and stimulant drugs defined as a misdemeanor by section 1747b. |
| 106 | Sodomy or rape which was designated as a misdemeanor. |
| 235.20 | Disseminating indecent material to minors. (old 484 sub. h). |
| 405 | Unlawful entry of a building. |
| 408 | Making or Possession of Burglar Instruments. |
| 483 | Endangering life or health of a child. |
| 483 sub.b | Carnal abuse of child over 10 and under 16 years of age. |

| | |
|---|---|
| 690 | See Art. 106. |

**OLD PENAL LAW - PRIOR TO SEPTEMBER 1, 1967 (continued)**

| | |
|---|---|
| 722 sub.6 | Disorderly Conduct (Jostling.) |
| 722 sub.8 | Disorderly Conduct (Loiters for purpose of committing a crime against nature or other lewdness.) |
| 1308 | Buying or Receiving Stolen Property. |
| 1696 | Aiding Escape From Prison. |
| 1751 sub.a | See Art. 33 |
| 1747 sub.b | See Art. 33A |
| 1897 sub.1 | Illegally using, carrying or possessing a pistol or other dangerous weapon. |

3. Having had a license revoked or being under a suspension or ineligibility order issued pursuant to the provisions of section 530.14 of the Criminal Procedure Law (Mandatory and permissive suspension of firearms license and issuance of temporary order of protection by the courts pursuant to subdivision one of section 530.12 or subdivision one of section 530.13) or section 842(a) of the Family Court Act (court order of protection).

4. Having been involuntarily committed to a facility under the jurisdiction of an office of the Department of Mental Hygiene pursuant to article nine or fifteen of the Mental Hygiene Law, article seven hundred thirty or section 330.20 of the Criminal Procedure Law, section four hundred two or five hundred eight of the Correction Law, section 322.2 or 353.4 of the Family Court Act, or having been civilly confined in a secure treatment facility pursuant to article ten of the Mental Hygiene Law.

5. Having had a guardian appointed pursuant to any provision of state law, based on a determination that as a result of marked subnormal intelligence, mental illness, incapacity, condition or disease, an individual lacks the mental capacity to contract or manage his or her own affairs.

## AUTOMATIC PISTOL LICENSE DISQUALIFIERS PURSUANT TO FEDERAL LAW

1. Being convicted of a misdemeanor crime of domestic violence.
2. Being a fugitive from justice.
3. Being an unlawful user of or addicted to any controlled substance.
4. Being an alien who is illegally or unlawfully in the United States.
5. Having been discharged from the Armed Forces under dishonorable conditions.
6. Being an individual who, having been a citizen of the United States, has renounced his citizenship.
7. Being subject to a court order that:

   **(A)** Was issued after a hearing of which such person received actual notice, and at which such person has an opportunity to participate;
   **(B)** Restrains such person from harassing, stalking, or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and
   **(C)** (i) Includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child, or
   (ii) By its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

## DOMESTIC VIOLENCE

Federal Law prohibits anyone from possessing firearms or ammunition if they are, or have been convicted of a misdemeanor crime of domestic violence. The term misdemeanor crime of domestic violence means "any offense defined as a State or Federal misdemeanor, whether or not explicitly described in a statute as a crime of domestic violence, which has, as its factual basis, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by the victim's current or former domestic partner, parent or guardian." The term, "convicted" is generally defined in the statute as excluding anyone whose conviction has been expunged or been set aside, or anyone who has received a pardon.

## ADDITIONAL REASONS FOR DISAPPROVAL

The lack of an "automatic bar" in your background does not guarantee the issuance or renewal of a pistol license. There are many other factors that are considered in the investigation into an individual's qualification to possess a pistol license. Reasons for disapproval, other than the above referenced automatic bars include, but are not limited to:

1. Having had a pistol license revoked in the last five years.
2. Falsification of any part of the application or accompanying paperwork.
3. The concealment or omission of any information during the application process.
4. A lack of truthfulness on the application and any accompanying paperwork.
5. If the director of community services or his or her designee has made a report pursuant to section 9.46 of the Mental Hygiene Law indicating that the applicant, or a member of his/her household is likely to engage in conduct that would result in serious harm to self or others.
6. Lack of good moral character.
7. Other good cause.

## CERTIFICATE OF RELIEF FROM DISABILITIES

On occasion, an applicant who was convicted for a felony or serious offense submits, pursuant to Correction Law Section 701, a certificate of relief from disabilities. This certificate neither requires nor prevents the issuance of a pistol license. The Penal Law, Sec. 400(1) provides that a pistol license may not be issued to a person who has been convicted of a felony or serious offense, but Correction Law Sec. 701 states that, once a certificate is granted, the conviction to which it relates may no longer be considered a conviction for purposes of that Penal Law provision. Thus, the certificate removes the absolute disqualification established for convicted persons in Penal Law Sec. 400(1). **This does not mean, however, that the license must be issued.** The applicant's background, including the conviction, may still be evaluated and considered in determining the applicant's qualification to possess a pistol license. The certificate must be checked off in box (C), and the details for box (C) must indicate, "For the purpose of obtaining a pistol license", Correction Law Section 701(3) states: A certificate of relief from disabilities shall not, however, in any way prevent any judicial, administrative, licensing or other body, board or authority from relying upon the conviction specified therein as the basis for the exercise of its discretionary power to suspend, revoke, refuse to issue or refuse to renew any license, permit or other authority or privilege.

If you do not fall into one, or more of the above referenced prohibited categories, you may submit a completed Applicant Questionnaire to the Suffolk County Police Department's Pistol Licensing Bureau in order to initiate the pistol license application process. The process for doing so is as follows:

## LICENSE TYPES

**(1) SPORTSMAN** – (Premise/Dwelling, Target and Hunting) – A Sportsman endorsement entitles a licensee to possess a firearm within his/her home for the purpose of home protection, at a designated firing range for the purpose of target shooting, and in the field while actively engaged in lawful hunting. Firearms may only be transported between your residence and an authorized target shooting range and/or a legal hunting area in New York State. For the purpose of hunting, you are reminded that you must also possess a valid New York State hunting license and comply with DEC hunting regulations.

**(2) BUSINESS** – Licenses which are issued for business carry purposes are limited to the concealed carrying of the firearm while in the normal course of business for which it was issued. A Business Endorsement will be issued only for a documented, legitimate business that, by the nature of the business is more prone to robbery than the general population. If you operate a business from a residence, you will be required to submit proof from the attorney's office of the local village, town or city government stating that the business is not prohibited by zoning or building codes. You must show proof of State and Federal Tax Certificates and a Suffolk County Business Certificate where appropriate.

The requirements for a Business Endorsement are available here:

http://apps.suffolkcountyny.gov/police/forms/Business%20Class%202%20Requirments.pdf

**(3) SECURITY** – **Prior to obtaining a Security Endorsement, you must first apply for and obtain a Sportsman License.** You must be working, in uniform, for a state licensed security company and reside within the five (5) western towns of Suffolk County. The company for which you work must be incorporated in the five (5) western towns of Suffolk, or Nassau County and must be registered with the Suffolk County Police Department Pistol Licensing Bureau. Forty-seven (47) hour and eight (8) hour training courses are required in order to qualify for a Security License. All individuals employed by a security company in an armed capacity must re-qualify with their weapon every twelve (12) calendar months. A copy of your most recent firearm training certificate must be submitted, by mail or in person, to the Pistol Licensing Bureau within ten (10) days of qualification.

The firearm may be carried only:

a) **WHILE ACTUALLY ENGAGED IN EMPLOYMENT**: The firearm may be carried while performing the duties for which the license was issued. This means that you may not carry the firearm at any other time, or for any employment not listed on the license. As the licensing agency, the Suffolk County Police Pistol Licensing Bureau will determine the purposes for which a handgun may be carried in the performance of your duties. These purposes cannot be changed or expanded by your employer without the authorization of the Pistol Licensing Bureau. Further, you are required to keep the Pistol Licensing Bureau informed of all current employers for whom the firearm will be carried.

b) **WHILE TRAVELING FROM RESIDENCE TO PLACE OF EMPLOYMENT**: The firearm may be carried from your residence directly to your place of employment or assignment for that day.

c) **WHILE TRAVELING FROM PLACE OF EMPLOYMENT BACK TO RESIDENCE**: The firearm may be carried from your place of employment directly to your residence.

When transporting the firearm between your residence and place of employment, it **may not** be carried openly.

Carrying a firearm outside of the above restrictions or, for an employer not listed on the license, or any unreasonable delay in responding to work and/or returning home, will equate to a violation of licensing restrictions and punitive action will result. Failure to qualify, or submit evidence of qualification will result in the removal of a security endorsement.

The requirements for a Security Endorsement are available here:

http://apps.suffolkcountyny.gov/police/forms/Security_Class3_Application_Reqs.pdf

**(4) EMPLOYMENT**- **Prior to obtaining an Employment Endorsement, you must first apply for and obtain a Sportsman License.** You must be working in an armed capacity for a town, village, or municipality located within the five (5) western towns of Suffolk County. Forty-seven (47) hour and eight (8) hour training courses are required. All individuals employed by a municipality in an armed capacity must re-qualify with their weapon annually. A copy of your most recent firearm training certificate must be submitted, by mail or in person, to the Pistol Licensing Bureau within ten (10) days of qualification.

The firearm may be carried only:

a) **WHILE ACTUALLY ENGAGED IN EMPLOYMENT**: The firearm may be carried while performing the duties for which the license was issued. This means that you may not carry the firearm at any other time, or for any employment not listed on the license. As the licensing agency, the Suffolk County Police Pistol Licensing Bureau will determine the purposes for which a handgun may be carried in the performance of your duties. These purposes cannot be changed or expanded by your employer without the authorization of the Pistol Licensing Bureau. Further, you are required to keep the Suffolk County Police Department Pistol Licensing Bureau informed of all current employers for whom the firearm will be carried.

b) **WHILE TRAVELING FROM RESIDENCE TO PLACE OF EMPLOYMENT**: The firearm may be carried from your residence directly to your place of employment or assignment for that day.

c) **WHILE TRAVELING FROM PLACE OF EMPLOYMENT BACK TO RESIDENCE**: The firearm may be carried from your place of employment directly to your residence.

When transporting the firearm between your residence and place of employment, it **may not** be carried openly.

Carrying a firearm outside of the above restrictions or, for an employer not listed on the license, or any unreasonable delay in responding to work and/or returning home, will equate to a violation of licensing restrictions and punitive action will result. Failure to qualify, or submit evidence of qualification will result in the removal of an employment endorsement.

The requirements for an Employment Endorsement are available here:

*************************************************

**(5) AUXILIARY POLICE** – The firearm may only be carried while working assigned duties as an auxiliary police officer, while in uniform, with your auxiliary police unit, or traveling directly to or from your residence and your assigned post.

**(6) RETIRED LAW ENFORCEMENT OFFICER**

  A) **RETIRED PEACE OFFICER**- Full carry, valid throughout New York State, NOT including New York City.

  B) **RETIRED POLICE OFFICER**- Full carry, valid throughout New York State, including New York City.

  C) **RETIRED FEDERAL LAW ENFORCEMENT OFFICER**- Full carry, valid throughout New York State, including New York City.

**(7) SELF PROTECTION** - Full carry license, for the purpose of self-protection. If an individual is seeking a Self-Protection License, they will be required to show "proper cause" pursuant to Penal Law Section 400.00 Sub. 2(f). "Proper cause" is determined by a review of all relevant information bearing on their claimed need. They must show that they are exposed to extraordinary personal danger, documented by proof of recurrent threats to life or safety requiring authorization to carry a firearm.

These factors are not all inclusive, and the Police Commissioner and/or his/her designee will consider all evidence, including Suffolk County Police Department records when making a determination whether proper cause exists. It should be noted, however, the mere fact that they have been the victim of a crime or reside or are employed in a "high crime area" does not establish "proper cause" for the issuance of a self-protection license.

If a self-protection license is approved, the Suffolk County Police Pistol Licensing Bureau may withdraw that classification at any time if it finds proper cause no longer exists. Proper cause will have to be demonstrated by the licensee each time the license is renewed and at any time when requested by Licensing Bureau personnel. If proper cause is no longer proven, the license will be changed to a different classification.

The requirements for a Self-Protection License are available here:

http://apps.suffolkcountyny.gov/police/forms/SelfProtectionWorksheet.pdf

## **APPLICANT QUESTIONNAIRE**

The current Applicant Questionnaire is available here:

http://apps.suffolkcountyny.gov/police/forms/PDCS-4406m.pdf

### ***IMPORTANT***

**Incomplete Applicant Questionnaires, illegible Applicant Questionnaires, or Applicant Questionnaires with unacceptable character references will be <u>rejected</u> and returned to sender. Further, if any part of your Applicant Questionnaire is found to be untruthful, if significant information is omitted, or if written explanations/statements are found to be vague, your application will be DISAPPROVED.**

6

The Applicant Questionnaire must be prepared by typing or *clearly* printing in **BLACK OR BLUE INK ONLY**. Read these instructions before completing the Applicant Questionnaire in order to minimize errors. All questions **MUST** be answered. All questions are to be answered completely. If you answered *'Yes'* to any of questions #38 through #52, you **MUST** attach a *notarized statement* on paper sized 8½" x 11" explaining each answer(s) in **complete detail**. Applicant Questionnaires submitted without said statements will be rejected and returned to sender.

***FALSE STATEMENTS MADE IN NOTARIZED FORMS ARE PUNISHABLE AS A CLASS 'A' MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.***

## ARREST INFORMATION

If you have ever been **arrested**, **charged**, **indicted**, or received a **Field Appearance Ticket**, or **Criminal Summons**, you **must** indicate it on the Applicant Questionnaire, question #18. On the day of your interview, you will be required to submit a *Transcript of Record* from the Court of Record indicating the offense and disposition. Additionally, as indicated above, a *detailed notarized statement* describing the circumstances for each arrest must accompany your Applicant Questionnaire at the time of submission. *You must do this even if the case was dismissed, the record was sealed, or the case was nullified by Operation of Law*. The New York State Division of Criminal Justice Services will report to us **every** instance involving the arrest of an applicant. ***DO NOT RELY ON ANYONE'S REPRESENTATION THAT YOU NEED NOT LIST A PREVIOUS ARREST.*** New York State law provides the authority for the Licensing Officer to inquire into the facts underlying the arrest of an applicant, even if the arrest was terminated in his/her favor.

***FAILURE TO DISCLOSE AND LIST THE ABOVE INFORMATION WILL RESULT IN THE DISAPPROVAL OF YOUR APPLICATION. IF YOU HAVE ANY DOUBTS AS TO WHETHER A PARTICULAR EVENT WAS AN ARREST, YOU MUST ADVISE YOUR INVESTIGATOR OF THE INCIDENT IN QUESTION DURING YOUR INTERVIEW.***

## CHARACTER REFERENCES

Four (4) character references are required. The character references **MUST** be United States Citizens and residents of Suffolk County who have known the applicant for a minimum of one (1) year. References which are **UNACCEPTABLE** are as follows: relatives; either by blood or marriage, active law enforcement officers, husband and wife combinations, or any two (2) or more members of the same family or household. The references chosen **must sign** the Questionnaire in the appropriate area. Additionally, the character references listed on the Applicant Questionnaire will be required to complete a Character Reference Affidavit which **must** be signed in front of a Notary Public. Character Reference Affidavit forms are available here:

http://apps.suffolkcountyny.gov/police/forms/Character_Reference_Affidavit.pdf

## PHOTOGRAPHS

Applicants' photographs will be taken at the time of the interview.

## FINGERPRINTS

Applicants' fingerprints will be taken at the time of the interview.

## PROOF OF RESIDENCE

Applicants must present a voter registration card, utility bill, or tax bill at the time of the interview.

## PROOF OF EMPLOYER

Applicants must present a recent pay stub or current photo ID for any employer listed on the application at the time of the interview.

## IDENTIFICATION

Applicants must submit a copy of their *Birth Certificate* or valid *United States Passport*. If you were born in a foreign country and have become a United States citizen, you **must** produce *naturalization papers*. If you are a resident alien, you **must** bring your *Alien Registration Card*.

## PISTOL LICENSE CONSULTING FIRMS

This department has received complaints concerning misrepresentations and misleading information provided by various firms who indicate that they can assist you in receiving a pistol license or expedite your application. It is this Department's position that the utilization of these firms is unnecessary and that these application instructions are self-explanatory.

## FEES

A TEN DOLLAR ($10.00) check or money order for the pistol license application fee, made payable to "**S.C.P.D.**" must accompany your questionnaire**.** In addition, you must bring an EIGHTY-EIGHT DOLLARS and TWENTY-FIVE CENTS ($88.25) ***MONEY ORDER*** made payable to "**S.C.P.D.**" on the day of your interview. **No other type of payment will be accepted.** All fees are non-refundable.

## OTHER GENERAL INFORMATION

After completing the Applicant Questionnaire, you may deliver it in person, or by mail to the address listed below. *THE TEN-DOLLAR APPLICATION FEE MUST ACCOMPANY THE QUESTIONNAIRE*. A self-addressed stamped envelope must accompany any request by mail that requires a reply. Following receipt of the questionnaire, an investigator will contact you to schedule an interview appointment.

A complete guide to the application process, as well as answers to many frequently asked questions are available on the Suffolk County Police Department's website. If you have any questions concerning the Applicant Questionnaire or application process that were not answered by utilizing these resources, you can contact the Pistol Licensing Bureau at (631) 852-6311 and someone will assist you.

In the event that your application for a pistol license is disapproved, you will be entitled to appeal that decision by requesting a legal review. Please note that the review of our decision will be limited to determining whether the Licensing Bureau was arbitrary and capricious and whether substantial evidence exists in the record to support the disapproval of your application.

**Personally deliver or mail the completed Applicant Questionnaire to:**

**SUFFOLK COUNTY POLICE DEPARTMENT**
**PISTOL LICENSING BUREAU/APPLICATION**
**30 YAPHANK AVENUE**
**YAPHANK, NEW YORK 11980**

**OFFICE HOURS: MONDAY - FRIDAY, 9:00 AM - 4:30 PM**

Visit us Online at:  **www.suffolkpd.org**

Crime Stoppers Confidential Tip Hotline: **1-800-220-TIPS**
Non-Emergencies Requiring Police Response: **(631) 852-COPS**