
# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| MICHAEL MCGREGOR, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-01130(GRB)(ARL) |
| SUFFOLK COUNTY, NEW YORK, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Dr. Jaclyn Schildkraut .

Date: 6/26/2023

/s/ Leigh Rome
*Attorney's signature*

Leigh Rome, 5413232
*Printed name and bar number*

Giffords Law Center to Prevent Gun Violence
244 Madison Ave., Suite 147
New York, New York 10016
*Address*

LRome@Giffords.org
*E-mail address*

(415) 433-2062
*Telephone number*

*FAX number*

Print Save As... Reset