UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL MCGREGOR, *et al.*,

                Plaintiffs,

v.

SUFFOLK COUNTY, NEW YORK, *et al.*,

                Defendants.

No. 2:23-cv-01130(GRB)(ARL)

**[PROPOSED] ORDER**

Upon consideration of Dr. Jaclyn Schildkraut's Motion for Leave to Appear as *Amicus Curiae* and to File an Amicus Brief in support of Defendant Superintendent Nigrelli's Opposition to Plaintiffs' Motion for a Preliminary Injunction, it is hereby **ORDERED** that the Motion is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT** the amicus brief submitted in connection with the Motion is deemed filed.

Dated: _____

                                                                _____

                                                                  Hon. Gary R. Brown