

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

September 15, 2023

Hon. Gary R. Brown
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Re: **McGregor, et al. v. Suffolk County, et al.**
Docket No.: 2:23-cv-01130 (Brown, J.) (Lindsay, M.J.)

Dear Judge Brown:

This Office represents Steven Nigrelli, the Acting Superintendent of the N.Y. State Police, in the above-captioned action, and submits the instant letter on behalf of all parties as a joint status report in compliance with the Court's Order dated September 7, 2023.

Following the Court's September 7, 2023 Memorandum and Order denying Plaintiffs' application for a preliminary injunction, the parties met and conferred telephonically on September 14, 2023, regarding the issues raised in this suit, specifically including Suffolk County's implementation of the Rifle Bill. At such conference, it became apparent that Suffolk County either has made, or is in the process of making, changes to its implementation of the Rifle Bill. The exact nature of those changes is not yet clear, however, and Counsel for Suffolk County has indicated that she will obtain further information and circulate it amongst counsel for the parties to review.

As this additional and as of yet unknown information will likely have an impact on the issues presented in this suit, the parties respectfully request an additional twenty days from the date this letter is submitted (i.e., until October 5, 2023) to review and further discuss this material amongst themselves before the filing of any dispositive motions. After doing so, the parties propose that they will submit another joint status report to the Court.

Thank you for your consideration of this application.

Respectfully,

Robert E. Morelli

Assistant Attorney General

cc: Counsel for all Parties via ECF