UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MCGREGOR, ZACHARY GIAMBALVO,
PAUL FELICE, MATTHEW OLIVIERI, EDWARD
NEWMAN, and DARK STORM INDUSTRIES, LLC,

                                      Plaintiffs,

-against-

SUFFOLK COUNTY, New York, Police Commissioner
RODNEY HARRISON, in his Official Capacity, and
Acting Superintendent STEVEN NIGRELLI, in his
Official Capacity,

                                      Defendants.
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 25 2023 ★

LONG ISLAND OFFICE

**ORDER**

Civil Action
No. 23-1130 (GRB) (ARL)

**GARY R. BROWN, United States District Judge:**

This case was filed with the Court on February 10, 2023, and, for administrative purposes, assigned a nature of suit code 550 Prisoner: Civil Rights.

Upon further review, I have determined this is not a prisoner civil rights case, but rather is a 440 Other: Civil Rights case that was inadvertently assigned an incorrect nature of suit code and cause of action due to clerical error.

A Notice of Appeal, filed September 18, 2023, was transmitted to the United States Court of Appeals for the Second Circuit based upon this inaccurate information. As such, it is hereby

**ORDERED**, the Clerk of Court shall correct the court record for this case to reflect nature of suit code 440 Other: Civil Rights and re-transmit the Notice of Appeal to the United States Court of Appeals for the Second Circuit.

**SO ORDERED.**

Dated: September 25, 2023
       Central Islip, New York

                                                /s/ Gary R. Brown
                                                Gary R. Brown
                                                United States District Judge