

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

October 13, 2023

**Via ECF**
Hon. Gary R. Brown
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

    Re:    **McGregor, et al. v. Suffolk County, et al.**
            Docket No.: 2:23-cv-01130 (Brown, J.) (Lindsay, M.J.)

Dear Judge Brown:

    This Office represents Dominick L. Chiumento, in his official capacity as Acting Superintendent of the New York State Police. I write to request that Superintendent Chiumento be substituted as a defendant for his predecessor, Steven A. Nigrelli, pursuant to Federal Rule of Civil Procedure 25(d).

    Superintendent Nigrelli, the current State defendant in this action, resigned from government service effective October 6, 2023. Because Superintendent Nigrelli is sued only in his official capacity, *see* Complaint, ECF No. 1, ¶ 19, the substitution takes place "automatically." Fed. R. Civ. P. 25(d); *see Williams v. Annucci*, 895 F.3d 180, 187 (2d Cir. 2018). We request that the case caption be amended to reflect Superintendent Chiumento stepping into the role.

    We thank the Court for its time and consideration of this request.

                                                     Respectfully,

                                                     /s/ *Patricia M. Hingerton*

                                                     Assistant Attorney General

cc:    Counsel for all Parties via ECF