COUNTY OF SUFFOLK



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN                                                DEPARTMENT OF LAW
ACTING COUNTY ATTORNEY

November 30, 2023

Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *McGregor v. County of Suffolk*
    CV23-1130 (GRB) (ARL)

Dear Judge Lindsay:

The Suffolk County Attorney's Office represents the County of Suffolk (sued herein as Suffolk County, New York and Police Commissioner Rodney Harrison in his official capacity), defendant in this civil rights action pursuant to 42 U.S.C. § 1983.

The County takes no position with respect to plaintiffs' motion to amend the complaint. However, the County reserves its right to deny the allegations of the proposed First Amended Complaint and raise all defenses to the proposed pleading that may be applicable, in the event the motion is granted.

Respectfully submitted,

Dennis M. Brown
Acting Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

LOCATION                          MAILING ADDRESS
H. LEE DENNISON BLDG.          P.O. BOX 6100                                    (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦   HAUPPAUGE, NY 11788-0099        ♦   TELECOPIER (631) 853-5169