

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

December 14, 2023

**Via ECF**
Hon. Magistrate Judge Arlene R. Lindsay
United States District Court for the Eastern District of New York
814 Federal Plaza
Central Islip, N.Y. 11722

    Re: **McGregor, et al. v. Suffolk County, et al.**
         Docket No.: 2:23-cv-01130 (Brown, J.) (Lindsay, M.J.)

Dear Magistrate Judge Lindsay:

    This Office represents Dominick L. Chiumento, in his official capacity as Acting Superintendent of the New York State Police. I write to request that Superintendent Chiumento's time in which to respond to the Amended Complaint be adjourned from December 28, 2023 until January 12, 2024. The adjournment is requested because of deadlines in other cases and scheduled vacation around the holidays. No prior request for this relief has been made, and all parties consent to the adjournment.

    Thank you for your consideration of this request.

                                                       Respectfully,

                                                       /s/ *Patricia M. Hingerton*

                                                       Assistant Attorney General

cc:    Counsel for all Parties via ECF