

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

January 23, 2024

Hon. Gary R. Brown
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

    Re: **McGregor, et al. v. Suffolk County, et al.**
          Docket No.: 2:23-cv-01130 (Brown, J.) (Lindsay, M.J.)

Dear Judge Brown:

    This Office represents Dominick L. Chiumento, in his official capacity as Acting Superintendent of the New York State Police (the "Superintendent"), in the above-captioned action. In accordance with this Court's Order dated January 16, 2024, plaintiffs' counsel and the Attorney General's office have conferred and agreed to the following briefing schedule for the Superintendent's motion to dismiss the Amended Complaint: moving papers supporting the motion served by February 29, 2024; opposition papers served by March 29, 2024; reply papers served, and bundled motion filed, by April 19, 2024.

    Thank you for your consideration of this application.

                                                    Respectfully,

                                                    *Patricia M. Hingerton*

                                                    Assistant Attorney General

cc:    Counsel for all Parties via ECF