

March 18, 2024

**VIA ECF**

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *McGregor v. Suffolk County, et al.* 23 Civ. 1130 (GRB)(ARL)

Dear Judge Brown,

    I represent the plaintiffs in the above-referenced matter. I write on behalf of all parties in accordance with the Court's March 11, 2024 text order directing the submission of a proposed schedule for the parties' respective motions for summary judgment. Below is the parties' motion schedule, which the parties request be So Ordered.

    On April 29, Plaintiffs will serve their motions for summary judgment;
    On June 14, Defendants' will serve their opposition and any cross-motions;
    On June 28, Plaintiffs' will serve their reply and opposition;
    On July 12, 2024, Defendants will serve their reply papers, and all submissions will be filed via ECF pursuant to the Court's "Bundling Rule."

    The State hereby withdraws the pending motion to dismiss, without prejudice to pursue its defenses in a cross-motion.

    Plaintiffs consent to extending the defendants' time to answer the Amended Complaint until 30 days after the Court rules on the parties' summary judgment motions.

    Thank you for the Court's consideration.

Sincerely,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc:    All Counsel (via ECF)