

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES DIVISION OF REGIONAL OFFICES
ATTORNEY GENERAL SUFFOLK REGIONAL OFFICE

Hon. Gary R. Brown May 21, 2024
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

 Re: **McGregor, et al. v. Suffolk County, et al.**
 Docket No.: 2:23-cv-01130 (Brown, J.) (Lindsay, M.J.)

Dear Judge Brown:

 This Office represents Steven G. James, the Superintendent of the N.Y. State Police (the "Superintendent"), in the above-captioned action and writes, on behalf of all parties, to request an adjournment of the briefing schedule for Plaintiffs' motion for summary judgment and the Superintendent's cross-motion for summary judgment, which was so-ordered on March 19, 2024. The adjournment, which is made on consent, is being requested because counsel for the County Defendants is unavailable for personal reasons. This is the first request for an adjournment.

 The parties request the following revised briefing schedule: Defendants will serve their opposition to Plaintiffs' motion for summary judgment, and any cross-motions for summary judgment by June 28, 2024; Plaintiffs will serve their reply on their motion for summary judgment, and opposition to cross-motions by July 29, 2024; and, Defendants will serve their reply on their cross-motions, and all submissions will be electronically filed pursuant to the Court's bundle rule by August 14, 2024.

 Thank you for your consideration of this application.

 Respectfully,

 Patricia Hingerton & Robert E. Morelli

 Assistant Attorneys General


cc: Counsel for all Parties via ECF