**EXHIBIT 4**

PISTOL LICENSE

**STATE OF NEW YORK
COUNTY OF SUFFOLK**

ISSUED: 03/01/2023
EXPIRES: 03/01/2026
CLASS TYPE
Carry

DOB:
RACE: White
HGT: 69　　WGT: 150　　SEX: Male

Police Commissioner

**PISTOL LICENSING BUREAU 1-631-852-6311**

**Comments:** SEMI-AUTO RIFLE

1. Except for retired police officers, not valid in New York City, unless approved by the Police Commissioner of that city.
2. Revokable at any time.
3. The licensee is authorized to possess the following pistols:

| Number of Guns | Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|---|

