

September 27, 2024

**VIA ECF**

Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *McGregor v. Suffolk County, et al.* 23 Civ. 1130 (GRB)(ARL)

Dear Judge Lindsay,

    I represent the plaintiffs in the above-referenced matter. I write on behalf of all counsel in accordance with Your Honor's September 17, 2024 Order directing the parties to "submit a proposed discovery schedule addressing the issues set forth in District Judge Brown's September 16, 2024 Order regarding Suffolk County's implementation of the Rifle Bill."

    The parties have met and conferred multiple times since the Court's Order, both regarding its contents and the path forward in this litigation. These discussions have included the possibility that the plaintiffs may discontinue the claims against the Superintendent of the New York State Police. While the State may seek leave to intervene to continue to defend the constitutionality of the law, pursuant to 28 U.S.C. § 2403(b), discontinuing the Superintendent as a named party would segregate the issues to be considered by the Court.

    Before the plaintiffs make a final determination regarding discontinuance, and in compliance with Judge Brown's Order, counsel have scheduled the deposition of Lieutenant Michael Komorowski, Commanding Officer of the Suffolk County Licensing Bureau to take place on October 24, 2024 at the Eastern District courthouse. The parties respectfully request two weeks from that date, or until November 7, 2024 to file with the Court a status report concerning (i) the need for additional discovery regarding the Suffolk County Licensing Bureau's policies and procedures, and (ii) the plaintiffs' continued pursuit of claims against the Superintendent. Thank you for the Court's consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

2 Overhill Road, Suite 400
Scarsdale, New York 10583

info@bellantoni-law.com
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)