

November 5, 2024

**VIA ECF**

Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *McGregor v. Suffolk County, et al.* 23 Civ. 1130 (GRB)(ARL)

Dear Judge Lindsay,

    I represent the plaintiffs in the above-referenced matter. I write on behalf of all counsel to request a brief extension of time in which to report on the status of discovery in this case. The current date for the parties' joint status letter is November 7, 2024.

    Counsel are continuing to make progress. Since our last joint status letter on September 27, the parties have attended and participated in the deposition of defendant Lt. Michael Komorowski, Commanding Officer of the Suffolk County Pistol Licensing Bureau. Counsel for all parties have continued to actively engage in discussions, including conferring this morning, on issues including whether additional discovery is required, and a potential discontinuance as to the NYSP Superintendent in light of the Licensing Bureau's change in policy. Counsel are working toward a resolution, but require additional time to finalize their positions and circulate the required documentation.

    Should the Court approve of this request, the parties' joint status letter will be filed on November 15, 2024, which is the same date upon which Plaintiffs' counsel is required to comply with Judge Brown's order for a response to the October 28 letter filed by Suffolk County regarding its most recent change in its licensing policy.

    Thank you for the Court's consideration.

Very truly yours,

*Amy Bellantoni*
Amy L. Bellantoni