

November 15, 2024

**VIA ECF**

Hon. Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *McGregor v. Suffolk County, et al.* 23 Civ. 1130 (GRB)(ARL)

Dear Judge Lindsay,

    I represent the plaintiffs in the above-referenced matter. Please accept the following as the parties' joint status letter.

    Since our September 27 joint status letter on, the parties have attended and participated in the deposition of defendant Lt. Michael Komorowski, Commanding Officer of the Suffolk County Pistol Licensing Bureau.

    The parties have also entered into a Stipulation of Dismissal as to New York State Police Superintendent, Steven James. The executed Stipulation was filed on November 13, 2024 and awaits Judge Brown's endorsement.

    The remaining defendants are Suffolk County, New York, Police Commissioner Rodney Harrison (official capacity claim) (who should be substituted by Robert Waring, the current police commissioner), and Michael Komorowski.

    At this time, there is no additional discovery to be conducted. Counsel for plaintiffs and the Suffolk County defendants have agreed to bifurcate liability from damages. Subsequent to a determination on the parties' respective motions for summary judgment, the plaintiffs will make themselves available should the County seek to depose them on the issue of damages. Thank you for the Court's consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

cc: All counsel (by ECF)

2 Overhill Road, Suite 400　　　info@bellantoni-law.com　　　(914) 367-0090 (t)
Scarsdale, New York 10583　　　www.bellantoni-law.com　　　(888) 763-9761 (f)