

BELLANTONI
LAW FIRM

December 11, 2024

**By ECF**

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re:    *McGregor v. Suffolk County, et al.* 23 Civ. 1130 (GRB)(ARL)

Dear Judge Brown,

    I represent the plaintiffs in the above-referenced matter. I write on behalf of all counsel to inform the Court that there is no additional discovery to be conducted and the parties are prepared to proceed with their respective motions for summary judgment.

    In that connection, the parties propose the following briefing schedule: Plaintiffs to serve their motion on January 27, 2025, Suffolk County and New York State to serve their cross-motions and oppositions on February 24, Plaintiffs to serve their Reply and Oppositions on March 17, and Suffolk County and New York State to serve their Replies – and all papers to be filed via the Court's bundling rule - on April 17, 2025.

    Thank you for your consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

2 Overhill Road, Suite 400        info@bellantoni-law.com        (914) 367-0090 (t)
Scarsdale, New York 10583      www.bellantoni-law.com         (888) 763-9761 (f)