**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

*Via ECF*

February 5, 2025

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: *McGregor v. Suffolk County, et al.*, 23-cv-1130 (GRB)(ARL)

Dear Judge Brown:

 By this letter, Defendants County of Suffolk, Suffolk County Police Commissioner Rodney Harrison and Suffolk County Police Lieutenant Michael Komorowski (collectively "County Defendants") respectfully request a short adjournment of the briefing schedule for Plaintiffs' summary judgment motion and for the State Defendants' and the County Defendants' cross-motions for summary judgment. Amy Bellantoni, Plaintiffs' attorney, and Assistant Attorney General James Thompson, the State Defendants' attorney, have consented to the County Defendants' request to adjourn the motion schedule as follows:

  **March 5, 2025**: Date for Defendants' Opposition to Plaintiffs' motion for summary judgment and date for Defendants' cross-motions for summary judgment (adjourned from February 24, 2025).

  **March 24, 2025**: Date for Plaintiffs' reply in further support of their motion for summary judgment and date for Plaintiffs' opposition to Defendants' cross-motions for summary judgment (adjourned from March 17, 2025).

  **April 25, 2025**: Date for Defendants' reply in further support of their cross-motions for summary judgment (adjourned from April 10, 2025).

**LOCATION**  **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**  **P.O. BOX 6100**  **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY** ♦ **HAUPPAUGE, NY  11788-0099** ♦ **TELECOPIER (631) 853-5169**

The reason for the County Defendants' request for an adjournment is that the undersigned will be actively engaged in thew trial of *McKoy v. County of Suffolk, et al.*, EDNY 14cv0249 (JMW), starting on February 24, 2025. This is the County Defendants' first request for an adjournment of the briefing schedule.

The County Defendants thank the Court for its consideration of their adjournment request.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Anne C. Leahey*
By: Anne C. Leahey
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049
TELECOPIER (631) 853-5169