

Office of the New York State
Attorney General

Letitia James
Attorney General

February 27, 2025

**<u>Via ECF</u>**

The Honorable Gary R. Brown
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, New York 11722

      Re: <u>McGregor v. Suffolk County</u>, No. 23 Civ. 1130 (GRB) (ARL)

Dear Judge Brown,

    I write on behalf of Intervenor Letitia James, Attorney General of the State of New York, to request a two week-adjournment the upcoming briefing deadline on the parties' cross-motions for summary judgment. All parties have conferred pursuant to Your Honor's Individual Rule I and are in agreement regarding proposed dates. The additional time is necessary due to the press of summary judgment deadlines in another case, the temporary absence of team members, and a recent family tragedy affecting counsel for Suffolk County.

    We request that the deadline for Defendants' opposition and cross-motions, currently set for next Wednesday, March 5, be adjourned to March 19. Plaintiffs' reply and opposition to the cross-motion would be due April 21, and Defendants' reply on the cross-motion on May 4. We thank the Court for its time and consideration of this request.

                            Respectfully submitted,

                            James M. Thompson
                            Special Counsel
                            <james.thompson@ag.ny.gov>

cc:     Counsel for all parties (via ECF)