**EXHIBIT 1**

| | |
|---|---|
| **From:** | Zwilling, Arlene |
| **To:** | Morelli, Robert; Hingerton, Patricia |
| **Cc:** | Amy L. Bellantoni; Thompson, James |
| **Subject:** | Re: McGregor v. Suffolk County |
| **Date:** | Thursday, September 28, 2023 9:42:31 AM |
| **Attachments:** | Redacted LIc semi auto.pdf |

Attached. Although if past positions are any indicator, it will likely be disputed that Pistol Licensing has made any changes and/or that this document is genuine.

*Arlene S. Zwilling*

Assistant County Attorney

Suffolk County Attorney's Office

H. Lee Dennison Bldg.

Hauppauge, New York 11788

(631)853-4055

Arlene.Zwilling@suffolkcountyny.gov

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

**From:** Morelli, Robert <Robert.Morelli@ag.ny.gov>
**Sent:** Thursday, September 28, 2023 9:07 AM
**To:** Hingerton, Patricia <Patricia.Hingerton@ag.ny.gov>; Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>
**Cc:** Amy L. Bellantoni <abell@bellantoni-law.com>; Thompson, James <James.Thompson@ag.ny.gov>
**Subject:** RE: McGregor v. Suffolk County

Following up on this one last time before our call at 11… Arlene – anything?

**From:** Hingerton, Patricia <Patricia.Hingerton@ag.ny.gov>
**Sent:** Tuesday, September 26, 2023 9:46 AM

**To:** Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>
**Cc:** Amy L. Bellantoni <abell@bellantoni-law.com>; Morelli, Robert <Robert.Morelli@ag.ny.gov>; Thompson, James <James.Thompson@ag.ny.gov>
**Subject:** McGregor v. Suffolk County

Hi Arlene,

Just following up to see if your assistant will be able to upload a photo of a license with the County's rifle endorsement on it? It would be helpful to see this before the 9/28 meet and confer.

Thanks,
Trish


*Patricia M. Hingerton*
*Assistant Attorney General*
*New York State Office of the Attorney General*
*300 Motor Parkway, Suite 230*
*Hauppauge, New York 11788*
*(631)231-2424*


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.



PISTOL LICENSE
C-095707

STATE OF NEW YORK
COUNTY OF SUFFOLK

DOB:  SEX: Male
RACE: White
HGT: 76   WGT: 230

CLASS/TYPE
Sportsman

ISSUED: 10/01/2018
EXPIRES: 10/01/2023

Police Commissioner

---

PISTOL LICENSING BUREAU 1-631-852-6311

Comments: SEMI-AUTO RIFLE

1. Except for retired police officers, not valid in New York City, unless approved by the Police Commissioner of that city.
2. Revokable at any time.
3. The licensee is authorized to possess the following pistols:

Number of Guns: 1

| Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Chiappa | 1911-22 | 0022 | A | 13C45246 |

| PISTOL LICENSING BUREAU 1-631-852-6311 | | | | |
|---|---|---|---|---|
| Comments: SEMI-AUTO RIFLE | | | | |

1. Except for retired police officers, not valid in New York City, unless approved by the Police Commissioner of that city.
2. Revokable at any time.
3. The licensee is authorized to possess the following pistols:

Number of Guns: 1

| Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Chiappa | 1911-22 | 0022 | A | 13C45246 |