**EXHIBIT 3**

| From: | Zwilling, Arlene |
|---|---|
| To: | Amy L. Bellantoni; Hingerton, Patricia |
| Cc: | Morelli, Robert; Thompson, James |
| Subject: | Re: Activity in Case 2:23-cv-01130-GRB-ARL McGregor et al v. Suffolk County, New York et al Notice of Appeal |
| Date: | Thursday, September 21, 2023 5:24:53 PM |
| Attachments: | image001.png |

In response to your questions, PLB has informed me that pistol licensees may purchase a semi-automatic rifle. As a temporary measure, rifles are being noted on the back of pistol licenses. The PD is awaiting a new computer program that will enable them to note the pistol on the face of the license.

My assistant has been trying to make a photocopy of a pistol license with a rifle endorsement that was light enough to read so that we could redact it for personal information and forward it to you. Unfortunately, she broke her foot two days ago. She is expected back on Tuesday and I expect her to finish it then.

No one has yet to apply for a rifle only license.

*Arlene S. Zwilling*
Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

**From:** Amy L. Bellantoni <abell@bellantoni-law.com>
**Sent:** Monday, September 18, 2023 12:42 PM
**To:** Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>; Hingerton, Patricia <Patricia.Hingerton@ag.ny.gov>