**EXHIBIT 4**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL MCGREGOR, ZACHARY GIAMBALVO, PAUL FLEICE, MATTHEW OLIVIERI, EDWARD NEWMAN, and DARK STORM INDUSTRIES, LLC,

                  Plaintiffs,

-against-

SUFFOLK COUNTY, New York, Police Commissioner RODNEY HARRISON, In his Official Capacity, and Acting Superintendent STEVEN NIGRELLI, in his Official Capacity,

                  Defendants.

**DECLARATION OF MICHAEL KOMOROWSKI**

**CV 23-1130 (GRB) (ARL)**

STATE OF NEW YORK )
                  ss.:
COUNTY OF SUFFOLK )

Michael Komorowski, having been duly sworn, deposes and says:

1) I am a Lieutenant with the Suffolk County Police Department, currently assigned as the Commanding Officer of the Pistol Licensing Bureau ("PLB").

2) I have reviewed the Declarations submitted in support of plaintiffs' motion for a preliminary injunction.

3) It is not true that the Suffolk County Police Department has no process for issuing licenses that will allow the holder to purchase and possess rifles.

4) Suffolk County pistol license holders may add a rifle to their license. To do so, they simply come to the PLB with their receipt for the rifle, a photograph of the weapon and its

1

serial number. They pay a $5 fee and the PLB amends their license on the spot. They are then given a purchase order that permits them to take possession of the rifle from the seller.

5) A person who does not currently have a pistol license and does not wish to obtain one may obtain a rifle license by going through the same application process as utilized for pistol license applications.

6) If a person declines to amend their pistol license to add a rifle or refuses to apply for a rifle license, it is N.Y. Penal Law § § 265.65 and 265.66, rather than County policy, that prohibits them from purchasing and possessing a rifle.

MICHAEL KOMOROWSKI

Sworn to before me this
__th day of March, 2023

Notary Public, State of New York



2