**EXHIBIT   7**

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------x

MICHAEL MCGREGOR, ZACHARY GIAMBALVO, PAUL
FELICE, MATTHEW OLIVIERI, EDWARD NEWMAN, and
DARKSTORM INDUSTRIES, LLC,

                              Plaintiffs,    Index No,
                                          23 Civ. 01130
              -against-            (GRB)(ARL)

SUFFOLK COUNTY, New York, Police
Commissioner RODNEY HARRISON, in his
Official Capacity and Individually, MICHAEL
KOMOROWSKI, Individually, and Acting
Superintendent STEVEN G. JAMES, in his
Official Capacity,
                              Defendants.
---------------------------------------------x

                    Federal Court Plaza
                    Central Islip, New York

                    October 24, 2024
                    11:02 a.m.


          Deposition of Defendant, MICHAEL

       KOMOROWSKI, pursuant to Court Order,

       before Diana Mitchell, a Notary Public

       of the State of New York.

1

2          A       Yes.

3          Q       Do you recall the date,

4   approximately, of when that affidavit was

5   given?

6          A       No.

7          Q       One thing I didn't mention is

8   that if you need to take a break at any

9   time, feel free to do that for any

10  reason, but if there is a question that's

11  pending, I would ask that you respond and

12  give your answer first before taking your

13  break, and then upon returning from the

14  break if you need to clarify or change or

15  modify your answer, you can definitely do

16  that, okay?

17         A       Yes.

18         Q       Where are you currently

19  employed?

20         A       Suffolk County Police

21  Department.

22         Q       What is your current

23  assignment?

24         A       Commanding officer of the

25  pistol licensing bureau.

Q    How long have you held that position?

A    Six and a half years.

Q    Who do you report to?

A    The chief of operations office.

Q    And his name?

A    The chief is Michael Romanolli, and the inspector is Steve Weber.

Q    Can we agree that the licensing officer statutorily in Suffolk County in the area that Suffolk County Police Department has jurisdiction over is the police commissioner himself?

A    Yes.

Q    Presently are you his designee with regard to pistol licensing issues?

A    Yes.

Q    Who do you supervise generally, I don't need names, but generally, who do you supervise?

A    The police officers,

applicant investigators, civilian
employees of the pistol licensing office
or bureau.

    Q    What are your duties as the
commanding officer?

    A    To see that policies of the
police department are fulfilled.

    Q    Generally on a day-to-day
basis, what are your duties and
responsibilities?

    A    Overseeing the office to make
sure people are properly working, doing
the job they're supposed to be doing,
signing off on possibly suspensions or
approvals, disapprovals.

    Q    So generally, I would like to
break the questions down into time
periods for purposes of the deposition,
so first I would like to start with the
licensing process as it existed
pre-Bruen, pre-fall of 2022. Can you
just describe how one would apply for a
pistol license and what the process would
be?

restrictions licenses, would the

licensee's employer information also be

noted on the physical license?

A    Yes.

Q    Where would it be noted?

A    On the back.

Q    On the top --

A    Yes.

Q    -- section?  Okay.

When you first arrived at the

licensing bureau six and a half years

ago, did the licensing bureau have the

ability to put or type in or have printed

the employer information on the back of

an employment restricted pistol license?

A    Yes.

Q    And in that same time period

when you got to the pistol licensing

bureau, did the system allow for the

restrictions to be identified on the

front of the pistol license, target

shooting, sportsman, employment?

A    Yes.

Q    In the computer system, if

you know, if you don't know, you just,

I'm sure, will let me know, are there

drop downs for employment or target or

sportsman such that it just has to be

checked in or is that something that can

be typed in onto the front of the license

itself?

    A      There is no drop downs, there

is boxes that you check.

    Q      Okay.

    A      So you could check multiple

boxes and it would print it out.

    Q      And there would be a box for

employment or a box for sportsman, that

kind of thing?

    A      Yes.

    Q      Okay.

           At that point in time was it

possible to add a new box or is there

another box that could be checked?

    A      No.

    Q      You couldn't add a new box?

    A      No.

    Q      With regard to the area in

the computer system where you would note

the employer information, is that just

something that was typed in as a

narrative?

     A     Yes.

     Q     So anything could be written

in in that area?

     A     Yes.

     Q     I'm just going to switch

gears a little bit.

            You're familiar with the term

FFL --

     A     Yes.

     Q     -- or Federal Firearms

Licensee?

     A     Yes.

     Q     Typically, someone would go

buy handguns or ammunition or long guns,

they have an FFL that's issued by the

ATF?

     A     Yes.

     Q     Does Suffolk County, the

licensing bureau or the police

department, have any kind of regulatory

authority or supervision other the FFL

agencies in their county?

    A     Just somebody that has an

FFL, no.

    Q     Is that, in your

understanding, is that something that's

just regulated through the state or the

New York State Police?

    A     It's the ATF, FFL's we're

talking about?

    Q     Yes.

    A     Straight not dealers, just

FFL's?

    Q     Okay, fine, yes, to make that

distinction, a gun store who is selling

handguns, and in addition, other

firearms, long guns, they are required

also to be licensed in New York State?

    A     Yes.

    Q     So in that capacity they're

regulated and supervised by the New York

State Police?

    A     By us, Suffolk County Police.

    Q     Can you just describe what

the authority is, and is it the Suffolk

County Police or is it the licensing

bureau?

      A     The licensing bureau.

      Q     Generally, how is that

regulated?  I don't know anything about

that relationship, so...

      A     So if somebody wants a

dealer -- a dealer for handguns or

semiautomatic rifles now, they would have

to apply with us after they get the FFL

for a dealer license.  Then we would send

one of -- we have two individuals that do

dealer licenses right now.  I think

there's 30 dealers right now in Suffolk

County or our police district anyway.  We

regulate them, we give them rules and

regulations, and we tell them -- we give

them a handbook, too.  They have a

handbook, and we go out to the location,

check the location, make sure it's got

security systems, cameras.  The guns will

be locked up, and then once a year we go

out and check the areas, check their

books, make sure the guns are logged in,

logged out and then that they're sending

all the information they should be to the

state.

    Q    When you say sending to the

state, do you mean the New York State

Police?

    A    Yes.

    Q    So would you say that, as far

as oversight, that the licensing bureau

is kind of acting, I guess, according to

state law in making sure that the state

laws are being enforced in the same way

that the ATF would be making sure the

federal laws are enforced?

    A    Yes.

    Q    Is it kind of a symbiotic

oversight?

    A    Yes.

    Q    In that capacity, does the

New York State Police have that type of

oversight as well, do they come in and do

inspections of the gun stores?

    A    I've never seen them do that.

Q     You don't know?

A     I don't know.

Q     The handbook and the rules
and regulations, do they speak to, I am
sure they say a lot, but do they speak to
pointing out or advising the gun stores
that if someone does not have a pistol
license that they're not even allowed to
handle the firearms in the store?

A     I'm sure they do.  I haven't
looked at them in a long time, so...

Q     Okay, that's fair.

From an enforcement point of
view, would it be, in your understanding,
would it be a violation for a gun store
to allow an individual to handle a
handgun or purchase a handgun if they did
not have a pistol license?

A     Yes.

Q     Is that something that could
lead to suspension of their license or
revocation of their dealer's license?

A     Yes.

Q     Now I am going to switch

someone to take possession of a rifle?

    A     Can I describe them?

    Q     Yes, did anything change?

    A     I sat down with the chief, the inspector, we discussed the law itself, and then they said they would get back to me because they had to talk to the commissioner and legal bureau.

    Q     Did this discussion, or these discussions, begin in July of 2022 or not until September of 2022; in other words, was there preparation for the enactment of the bill?

    A     Yes, there was preparation.

    Q     What generally were the discussions between, you know, yourself and the chief and the inspector?

    A     With me it was this is what we have to do, we have to give licenses for semiautomatic rifles, we have to come up with a policy to do this. Here's the law, it's all yours. I don't make policies, so...

    Q     Was it your position during

your discussions with the chief and the
inspector that a pistol license was
sufficient authorization for an
individual to go to a gun store and
purchase and/or take possession of a
semiautomatic rifle?

        A       Yes.

        Q       Was that also the
understanding or did the chief and the
inspector agree with you?

        A       Yes.

        Q       Did you ultimately eventually
come to the realization that a pistol
license was not sufficient authorization
to allow someone to take possession of a
rifle or to purchase a semiautomatic
rifle at the gun store?

        A       No.

        Q       You still think a pistol
license that's not been endorsed is
sufficient to take possession of a
semiautomatic rifle?

        A       They're endorsed now.

        Q       Yes, now.  We're not in the

now timeframe.  We're now back in the

September 2022 timeframe.  For that whole

year, September 2022 through September

2023, there were no endorsements put onto

pistol licenses to allow the licensee to

purchase or take possession of

semiautomatic rifles?

    A    Correct, yes.

    Q    And so that was your

understanding at the time, but looking

back now do you see that there was no

authority for individuals who did not

have an endorsement on their pistol

license to go to the gun store and

purchase or take possession of a

semiautomatic rifle?

    A    There was authority.

    Q    I'm sorry?

    A    There was.

    Q    What was the authority?

    A    The dealer would call us and

ask if the person could do it, and we

said yes.

    Q    So you overrode the state

it was Sergeant -- one of the sergeants.
I don't even know what his name was.

Q    Up where, in which
department?

A    Pistol licensing.

Q    In fact, between September of
2022 and September of 2023, you did have
the ability to put the words
Semiautomatic Rifle on the back of the
pistol license --

A    Yes, we did.

Q    -- isn't that correct?

A    Yes.

Q    So when you said you couldn't
put it on the pistol license, that was
not exactly correct?

A    No, we couldn't put it on the
front of the pistol license.  Where it
said Pistol, Employment, Semiautomatic
Rifle, we couldn't put it there.  It
would say Class of License.

Q    But it was always able to be
reflected on the back of the handgun
license, correct?

1

2     A     In the comments, yes.

3     Q     As it is now?

4     A     Yes.

5     Q     I am showing you what has

6 been marked as Exhibit 10.  If you can

7 just take a look at that.

8          MR. MORELLI:  I'm sure after

9          we're done you will give us copies

10         of the marked exhibits?

11         MS. BELLANTONI:  Yes.  Yes.

12    Q     Have you had a chance to look

13 over this exhibit?

14    A     Yes.

15    Q     So this is taken right from

16 the New York State Police website, and

17 under the resources for gun dealers where

18 it indicates semiautomatic rifle license,

19 and the question is, "Can a dealer

20 transfer a semiautomatic rifle to a

21 customer who has a pistol license but not

22 a semiautomatic rifle license?"  And the

23 New York State Police position on their

24 website is, "No, a dealer can only sell a

25 semiautomatic rifle to a customer if that

*Rich Moffett Court Reporting, Inc.*

the implementation of the SAR law.
These are questions about the
Fatality Act, which are not
relevant to this lawsuit.

MS. BELLANTONI:  Understood.
Thank you.

MR. MORELLI:  I just want to
note for the record, that it was
section 3-a.

MS. BELLANTONI:  It is 3-a.
Thank you for that.

MR. MORELLI:  265.20(3-a).

Q      So did there come a time
where the licensing bureau began to
endorse existing pistol licenses to allow
for individuals to purchase or take
possession of semiautomatic rifles?

A      Yes.

Q      When was that?

A      I believe it was in 2023,
maybe August, September.

Q      How was the decision to begin
endorsing pistol licenses reached?

A      We sat down with the chiefs

again, advised them we had to do
something with this to put the
semiautomatic rifle on the pistol license
itself, and they agreed to put it on the
back.

Q       Is it possible for an
individual who has no license to apply to
the licensing bureau solely for a
semiautomatic rifle license?

A       Yes.

Q       When did that ability begin
to take place?

A       Since the law was enacted.

Q       Are you telling me that in
September of 2022 an individual could
apply to the licensing bureau who did not
want a pistol license could apply and
obtain a rifle license?

A       Yes.

Q       What would that license look
like?

A       That would be a problem.

Q       Tell me.

A       It wouldn't say anything on

Q     Let me show you what has been
marked as Exhibit 5.  Is this a picture
of a Suffolk County Pistol License --

A     Yes, it is.

Q     -- issued by the Suffolk
County Pistol Licensing Bureau of the
Suffolk County Police Department?

A     It is.

Q     I only make that distinction
because Suffolk County could also include
the sheriff, and this is not a sheriff's
license, correct?

A     Yes.

Q     If you look at the top left
corner of the exhibit and the license, do
you see where it says Pistol License?

A     Yes.

Q     Does the licensing bureau
have the ability to issue a license that
does not have the words Pistol License
reflected on the top left-hand portion of
this license that's depicted in the
exhibit?

A     Not to my knowledge.

1

2      Q    So any license that's issued

3  by the licensing bureau and every license

4  issued by the licensing bureau to the

5  present day contains the words Pistol

6  License on the top left-hand corner; is

7  that accurate?

8      A    Yes.

9      Q    Now turning to an endorsed

10  pistol license, is it the same process in

11  the pistol licensing bureau for an

12  individual who is applying to have their

13  license amended to reflect the rifle

14  endorsement or who is applying anew to

15  get both a pistol and rifle license the

16  same process for how your office

17  processes them?

18      A    As of today, no.

19      Q    Up until last week?

20      A    Yes.

21      Q    If a non-licensed individual

22  applied for a pistol license and rifle

23  license, would they go through the same

24  process that you described earlier,

25  whether we are talking about last week or

before yesterday, they would go through

and fill out the questionnaire, file

their filing fee, wait for an

investigator to be assigned and then for

their fingerprinting, an interview, and

then be given the state police

application to obtain their character

references, have their character

reference forms filled out and then

submit all that back to the investigator,

is that the same process?

     A    Yes.

     Q    And for the semiautomatic

rifle portion of the license or of the

process, is it also the same, would the

individual go to the gun store with their

endorsed license and purchase a

semiautomatic rifle, take the purchase or

bill of sale back to Yaphank for the

semiautomatic rifle to be placed on or

reflected on the back of their license

just like they would with the handgun?

     A    Yes.

     Q    So that was the long way of

asking is Suffolk County requiring
semiautomatic rifles that are acquired or
that are obtained, purchased to be
registered to the back of the state
license?

     A     Yes.

     Q     Are you aware of the fact
that there are other counties that are
not requiring such registration for the
semiautomatic rifle?

     A     Yes.

     Q     What is the reason behind
Suffolk County requiring the
semiautomatic rifles to be registered to
the license?

     A     That would be a policy
decision and that's above me.

     Q     Who told you that that was a
policy that needed to be enforced?

     A     The chiefs at that time.

     Q     Who are they?

     A     Chief Lewis and I believe
Inspector Bergold was there.

     Q     How do you spell the

inspector's name?

    A     Bergold, B-E-R-G-O-L-D.

    Q     So then for every purchase of a receipt or transfer of a semiautomatic rifle, an individual would be required to get permission from the licensing bureau to have their license amended to have that rifle put on the back of their license and then go back to the store to pick it up; is that correct?

    A     Yes.

    Q     Without having the license amended or without first seeking permission from the licensing bureau and getting the license amended and getting that, I guess there is a ticket that they have to bring back to the gun store?

    A     It's a purchase document.

    Q     And the purchase document essentially says you have permission to go and pick up the gun, correct?

    A     Yes, we check to make sure the license is valid, and then we give them a purchase document.

Q    That's the same whether it's
a handgun or a semiautomatic rifle?

A    Yes.

Q    If someone applied for a
pistol license and was denied prior - I'm
not talking about the new changes, we're
going to get to the new changes - if
someone applied for a pistol license and
was denied and nothing changed, their
background was the same, the reasons they
were denied were the same, and they tried
to reapply only for the semiautomatic
rifle license, assuming that there was
one, would that be a futile exercise; in
other words, their reapplication based on
the same information, is there a
difference in criteria between whether
they're going to be approved for a pistol
license or whether they're going to be
approved for the rifle license?

A    No.

Q    It's the same criteria,
right?

A    Same.

1

2          Q      Same standards?

3          A      Yes.

4          Q      I am going to show you what

5     has been marked as Exhibits 7 and 8.

6     Apologies, they're a little dark.  I

7     couldn't get a lighter version.

8                    MR. MORELLI:  Is the

9          Giambalvo 7?

10                   MS. BELLANTONI:  Yes.

11         Q      Have you had a chance to look

12    at Exhibits 7 and 8?

13         A      Yes.

14         Q      I know they're dark, but so

15    can we agree these are notices of

16    disapproval for two of the plaintiffs in

17    this matter, Zachary Giambalvo and Paul

18    Felice?

19         A      Yes.

20         Q      Can we agree that these are

21    notices of disapproval denying their

22    applications for a New York State pistol

23    license?

24         A      Yes.

25         Q      You signed both of them?

1

2          A       Yes.

3          Q       I know your name is cut off

4    on the bottom of Exhibit 7, but that's

5    your signature?

6          A       Yup.

7          Q       Just along the same lines as

8    what we were talking about before, why

9    the criteria for obtaining a handgun

10   license is the same as the criteria for

11   obtaining a license to purchase or

12   possess semiautomatic rifles, if

13   Mr. Giambalvo and Mr. Felice reapplied

14   for a rifle license and nothing had

15   changed, can we agree that their

16   application for a rifle license would

17   also be denied because it's the same

18   criteria?

19         A       This one I can't read what he

20   was disapproved for, but yes, I think

21   this was a doctor's note.

22         Q       Yes.

23         A       Yes.

24         Q       That was Felice?

25         A       Yes.

       A       Bowen.  There is a box here
for semiautomatic.  I didn't see it.

       Q       I knew you'd get to it.

       A       Ours is nice and blue and
colorful when we print it out.  Anyway.

       Q       So again, I know I have asked
it before but I really am curious, if
someone drops off a state application
which they're only allowed to check the
Semiautomatic box and they're approved,
what does the license look like on the
other side, if we have already
established that Suffolk County can't
take the word Pistol off the top left
corner of the license?

       A       Well, hopefully by the time
we get one and it goes through we'll have
a new computer system and it will say
semiautomatic rifle hopefully.  That's
the whole issue here, we don't have the
computer system that can do this.  The
one that we were attempting to purchase
failed and now we have another computer
system coming.

 2      pistol license to add the

 3      semiautomatic endorsement.

 4  BY MS. BELLANTONI:

 5      Q      Lieutenant, in listening to

 6  the Exhibit 4 we referenced from the

 7  summary judgment motion, that phone call,

 8  did that accurately reflect the policy

 9  that was in the licensing bureau in and

10  around September of 2022, and that the

11  sportsman license was sufficient and that

12  all semiautomatics would be registered to

13  the back of the license?

14      A      Yes.

15          (Audio playing.)

16          "RECORDING:  -- hang up and

17      call 9-1-1.

18          You have reached the Pistol

19      Licensing Bureau of the Suffolk

20      County Police Department

21      Headquarters.  Our days and hours

22      of operation are Monday through

23      Friday, 9 a.m. to 4:30 p.m.  The

24      offices are closed Thanksgiving,

25      Christmas and New Year's Day.