

May 13, 2025

**By ECF**

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *McGregor v. Suffolk County, et al.* 23 Civ. 1130 (GRB)(ARL)

Dear Judge Brown,

    I represent the plaintiffs in the above-referenced matter.

    In accordance with the Court's Individual Rules, courtesy copies of the plaintiffs' fully briefed motion for summary judgment, including the State Intervenor's fully briefed cross-motion, were mailed to Your Honor this morning via the United States Postal Service, bearing tracking number 9510 8162 9332 5133 3739 14.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni