UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHAEL MCGREGOR, ZACHARY GIAMBALVO, PAUL FELICE, MATTHEW OLIVIERI, EDWARD NEWMAN, and DARK STORM INDUSTRIES, LLC,

Plaintiffs,

-against-

SUFFOLK COUNTY, New York,
Police Commissioner RODNEY HARRISON,
in his Official Capacity and Individually, MICHAEL KOMOROWSKI, Individually, and Acting Superintendent STEVEN G. JAMES, in his Official Capacity,

Defendants.

**NOTICE OF MOTION**

23 Civ. 01130 (GRB)(ARL)

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Anne C. Leahey dated March 19, 2025; 2024, the exhibits annexed thereto; the Local Rule 56.1 Statement of Material Facts; Memorandum of Law; and upon all prior pleadings and proceedings; the undersigned will move this Court, before the Honorable Gary R. Brown, for an Order pursuant to Fed.R.Civ.P. Rule 56 for summary judgment dismissing Plaintiffs' Amended Complaint. .

Dated: Hauppauge, New York
March 19, 2025

Respectfully submitted,

Christopher J. Clayton,
Suffolk County Attorney
Attorney for Defendants Suffolk County, Rodney Harrison, and Michael Komorowski
H. Lee Dennison Building
100 Veterans Memorial Highway
P. O. Box 6100
Hauppauge, New York 11788

By: /s/ Anne C. Leahey
    Anne C. Leahey
    Assistant County Attorney